Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV05-1070-DOC(MLGx)                           Date   April 24, 2006

Title   TERRI N. WHITE, ET.AL., -V- EXPERIAN INFORMATION SOLUTIONS INC.

---

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Michael W. Sobol                                   Michael G. Morgan
                                                             Daniel McLoon

Proceedings:   SCHEDULING CONFERENCE CONTINUED


The matter is called. Counsel state their appearances. Scheduling Conference is continued to June 26, 2006 at 8:30 a.m.


                                                                                                      :   10
                                                         Initials of Preparer



CV-90 (12/02)                           CIVIL MINUTES - GENERAL                                    Page 1 of 1