Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SA CV05-1070-DOC(MLGx)                              Date    August 14, 2006

Title    TERRI N. WHITE, ET.AL., -V- EXPERIAN INFORMATION SOLUTIONS INC.

---

Present: The Honorable    David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Michael Sobol                                        Michael Morgan
Daniel Wolf                                          Daniel McLoon
Charles Juntikka

Proceedings:    SCHEDULING CONFERENCE


The matter is called. Counsel state their appearances. Court conducts Scheduling Conference re: Litigation Schedule.

Court approves stipulated dates as submitted in the joint statement of all parties, filed August 8, 2006. Case Management Order Re Litigation Schedule signed and filed this date.

Class certification motion shall be noticed and heard on June 4, 2007 at 8:30 a.m.

Further Scheduling Conference will be held on June 16, 2007 at 8:30 a.m.



:    10

Initials of Preparer    kh