UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
2007 NOV 28 AM 10:40
CLERK U.S. DISTRICT COURT
CENTRAL ANA CALIF.
BY:

| | |
|---|---|
| TERRI N. WHITE, et al., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. <br><br> AND RELATED CASES. | Case No. SA CV05-1070 DOC (MLGx) (Lead Case) <br><br> Assigned for all purposes to the Honorable Judge David O. Carter <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed the accompanying Application of <u>Jennifer D. Bishop</u>,
*Applicant's Name*

of <u>Jones Day</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff    ☒ Defendant

and the designation of <u>Michael G. Morgan</u> of <u>Jones Day</u>
*Local Counsel Designee*       *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated December 7, 2007

_____
U. S. District Judge/U.S. Magistrate Judge

DLI-6157500v1

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

I, Kelene Lutgen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California, 90071-2300.

On November 28, 2007 I served a copy of the within document(s):

***ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ I caused the above-named document(s) to be transmitted by electronically delivering the documents(s) listed above to the persons(s) at the e-mail address(es) set forth in the attached Service List

## SERVICE LIST

Steven J. Newman, Esq.
Brian C. Frontino, Esq.
STROOCK, STROOCK & LAVAN, LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
Phone: (310) 556-5800
Fax: (310) 556-5959
Email:
bfrontino@stroock.com
snewman@stroock.com
*Attorneys for Defendant TransUnion, LLC*

Craig E. Bertschi, Esq.
Cindy D. Hanson, Esq.
Leslie Abrams, Esq..
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555
Email:
cbertschi@kilpatrickstockton.com
chanson@kilpatrickstockton.com
labrams@kilpatrikstockton.com
*Attorneys for Defendant Equifax Information Services LLC*

Thomas P. Quinn, Esq.
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Phone: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorneys for Defendant Equifax Information Services, LLC*

Daniel Wolf, Esq.
LAW OFFICES OF DANIEL WOLF
1220 N Street, N.W. Suite PH2
Washington, DC 20005
Phone: (202) 772-1154
Fax: (202) 332-6652
Email: dan@danielwolflaw.com
*Attorneys for White and Hernandez Plaintiffs*

Michael Caddell, Esq.
Cynthia B. Chapman, Esq.
George Y. Niño, Esq.
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Phone: (713) 751-0400
Fax: (713) 751-0906
Email: mac@caddellchapman.com
cbc@caddellchapman.com
gyn@caddellchapman.com
*Attorneys for White and Hernandez Plaintiffs*

Michael W. Sobol, Esq.
Paul A. Moore, III
LIEF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 30th Fl.
San Francisco, California 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
Email: msobol@lchb.com
pmoore@lchb.com
*Attorneys for White and Hernandez Plaintiffs*

| | |
|---|---|
| Charles W. Juntikka, Esq.<br>CHARLES JUNTIKKA & ASSOCIATES<br>1250 Broadway, 24th Floor<br>New York, New York 10001<br>Phone: (212) 315-3755<br>Fax: (212) 315-9032<br>Email: charles@cjalaw.com<br><br>*Attorneys for White and Hernandez Plaintiffs* | Leonard A. Bennett, Esq.<br>Matthew Erausquin, Esq.<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>12515 Warwick Blvd., Suite 201<br>NewPort News, Virginia 23606<br>Phone: (757) 930-3660<br>Fax: (757) 930-3662<br>Email:<br>lenbennett@clalegal.com<br>matt@clalegal.com<br><br>*Attorneys for White and Hernandez Plaintiffs* |
| Mitchell A. Toups, Esq.<br>WELLER, GREEN, TOUPS & TERRELL, L.L.P.<br>Bank of America Tower<br>2615 Calder St., Suite 400<br>Beaumont Texas 77702<br>Phone: (409) 838-0101<br>Fax: (409) 832-8577<br>Email: matoups@wgttlaw.com<br><br>*Attorneys for White and Hernandez Plaintiffs* | Stuart T. Rossman<br>Charles M. Delbaum<br>National Consumer Law Center<br>77 Summer Street, 10th Floor<br>Boston, Massachusetts 02110<br>Phone: (617) 542-8010<br>Fax: (617) 542-8028<br>Email:<br>srossman@nclc.org<br>cdelbaum@nclc.org<br><br>*Attorneys for White and Hernandez Plaintiffs* |
| Lee A. Sherman, Esq.<br>CALLAHAN, MCCUNNE & WILLIS, APLC<br>111 Fashion Lane<br>Tustin, California 92780-3397<br>Phone: (714) 730-5700<br>Fax: (714) 730-1642<br>Email: leesherman@cmwlaw.net<br><br>*Attorneys for Acosta and Pike Plaintiffs* | Peter L. Recchia, Esq.<br>LAW OFFICES OF PETER L. RECCHIA<br>1605 E. 4th Street, Suite 250<br>Santa Ana, California 92701<br>Phone: (714) 541-2858<br>Fax: (714) 541-6880<br>Email: attnyrecchia@aol.com<br><br>*Attorneys for Acosta and Pike Plaintiffs* |

| | |
|---|---|
| 1 | Gino P. Pietro, Esq. |
| 2 | LAW OFFICES OF GINO PIETRO |
|   | 1605 E. 4th Street, Suite 250 |
| 3 | Santa Ana, Californai 92701 |
| 4 | Phone: (714) 542-5004 |
|   | Fax: (714) 542-0815 |
| 5 | Email: pietrolaw@sbcglobal.net |
| 6 | *Attorneys for Acosta and Pike Plaintiffs* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 28, 2007, at Los Angeles, California.

_____
Kelene S. Lutgen

PROOF OF SERVICE

LAI-2916851v1