Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Rebecca Bedwell-Coll (State Bar No. 184468)
(rbcoll@lchb.com)
Allison S. Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Michael A. Caddell (admitted *pro hac vice*)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 144623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, Texas 77010-3027
Telephone:  (713) 751-0400
Facsimile:   (713) 751-0906

*Attorneys for White/Hernandez Plaintiffs*
[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TERRY N. WHITE, et al.,<br><br>                  Plaintiffs,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                  Defendant.<br><br>AND RELATED CASES. | Case No.: 05-cv-1070 DOC (MLG)<br><br>***WHITE/HERNANDEZ* PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' SUPPLEMENT TO JOINT COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR EXPERIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        January 28, 2008<br>Time:       8:30 a.m.<br>Courtroom: 9D |

## INTRODUCTION

Plaintiffs object to portions of the Supplement of Defendants TransUnion LLC and Equifax Information Services, LLC to the Joint Compendium of Evidence in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and For Experian's Motion for Partial Summary Judgment as set forth below.

## ARGUMENT

### I.   THE COURT SHOULD EXCLUDE EXHIBIT 52.

Defendants attempt to offer into evidence a letter from the Federal Trade Commission as Exhibit 52.  This letter is inadmissible for two reasons.

First, Defendants have failed to authenticate the FTC letter.  Documents submitted in motion practice must be authenticated through an affidavit.  *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1550-51 (9th Cir. 1989).  Defendants failed to do so, and the letter should be excluded.

Second, the first paragraph of the letter contains hearsay statements.  Hearsay is an out of court statement offered to prove the truth of the matter asserted.  Fed. R. Evid. 801(c).  Hearsay evidence is not admissible.  Fed. R. Evid. 802.  In this case, the FTC's letter in part describes *other* letters, which Defendants do not offer into evidence.  See Exhibit 52, paragraph 1.  The letter's descriptions of *other* documents not in evidence are hearsay.  Accordingly, at least paragraph 1 of Exhibit 52 should be excluded.

### II.   THE COURT SHOULD EXCLUDE EXHIBIT 59.

The Court should exclude page 135 of the excerpt of the Deposition of Judge Lisa Fenning because the testimony lacks foundation.  Evidence which is not relevant is not admissible.  Fed. R. Evid. 402.  In addition, a witness may not testify to a matter "unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."  Federal Rule of Evidence 602.

|   |   |
|---|---|
| 1 | In this case, Ms. Fenning has no foundation for her opinion regarding how many inaccurate credit reports would exist if the credit reporting agencies changed the assumptions they made about whether an account is discharged in bankruptcy.  Thus, Ms. Fenning's opinion at page 135 regarding the impact of credit reporting agencies' changing assumptions about accounts is inadmissible because it lacks foundation, and should be excluded. |

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court exclude the portions of evidence specified herein.

Respectfully submitted,

Dated:  January 18, 2008    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: */s/ Rebecca Bedwell-Coll*
        Rebecca Bedwell-Coll

Michael W. Sobol
(msobol@lchb.com)
Rebecca Bedwell-Coll
(rbcoll@lchb.com)
Allison S. Elgart
(aelgart@lchb.com)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000

Daniel Wolf
(dan@danielwolflaw.com)
LAW OFFICE OF DANIEL WOLF
1220 N Street, N.W., Suite PH 2
Washington, D.C. 20005
Telephone:  (202) 842-2170

Charles W. Juntikka (cj4689)
(charles@cjalaw.com)
CHARLES JUNTIKKA & ASSOCIATES
1250 Broadway 24th Floor
New York NY 10001
Telephone:  (212) 315-3755

1   Stuart Rossman
    (srossman@nclc.org)
2   Charles Delbaum
    (cdelbaum@nclc.org)
3   NATIONAL CONSUMER LAW CENTER
    77 Summer Street, 10th Floor
4   Boston, MA 02110
    Telephone:  (617) 542-8010
5   Facsimile:   (617) 542-8028

6   Michael A. Caddell (admitted pro hac vice)
    (mac@caddellchapman.com)
7   Cynthia B. Chapman (State Bar No. 164471)
    (cbc@caddellchapman.com)
8   George Y. Niño (State Bar No. 146623)
    (gyn@caddellchapman.com)
9   CADDELL & CHAPMAN
    1331 Lamar, Suite 1070
10  Houston, TX 77010
    Telephone:  (713) 751-0400
11  Facsimile:  (713) 751-0906

12  Leonard A. Bennett (VSB No. 37523)
    (lenbennett@cavtel.net)
13  Matthew Erausquin (VSB No. 65434)
    (matt@clalegal.com)
14  CONSUMER LITIGATION
      ASSOCIATES, P.C.
15  12515 Warwick Boulevard, Suite 201
    Newport News, Virginia 23606
16  Telephone:  (757) 930 3660
    Facsimile:   (757) 930-3662
17
    Mitchell A. Toups (TSB No. 20151600)
18  (matoups@wgttlaw.com)
    WELLER, GREEN, TOUPS &
19    TERRELL, L.L.P.
    Bank of America Tower
20  2615 Calder St., Suite 400
    Beaumont Texas 77702
21  Telephone:  (409) 838-0101
    Facsimile:   (409) 832-8577
22
    *Attorneys for White/Hernandez Plaintiffs*