MARA MCRAE (Georgia Bar No. 499138)
KILPATRICK STOCKTON LLP
1100 PEACHTREE STREET, SUITE 2800
ATLANTA, GEORGIA 30309-4530
TEL: 404-815-6574 FAX: 404-541-3303
mccrae@kilpatrickstockton.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, ET. AL.,<br><br>                                        Plaintiff(s)<br><br>                      v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ET. AL<br><br>                                        Defendant(s). | CASE NUMBER<br><br>SA CV05-1070 DOC(MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  MARA MCRAE                          ,
                                                                                                        *Applicant's Name*

of  Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta GA 39309-4530
                                                        *Firm Name / Address*

           408-815-6574                                          Mmcrae@kilpatrickstockton.com
        *Telephone Number*                                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff      X Defendant

    Equifax Information Services LLC

and the designation of _____Thomas P. Quinn_____
                                                *Local Counsel Designee /State Bar Number*

of  Nokes & Quinn, 450 Ocean Avenue, Laguna Beach, CA
                                        *Local Counsel Firm / Address*

           949-376-3055                                          tquinn@nokesquinn.com
        *Telephone Number*                                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


    X GRANTED
    ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


    Dated  February 6, 2008                          *[signature] David O. Carter*
                                                        U. S. District Judge/U.S. Magistrate Judge