1   Michael W. Sobol (State Bar No. 194857)
    (msobol@lchb.com)
2   Allison Elgart (State Bar No. 241901)
    (aelgart@lchb.com)
3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
4   San Francisco, CA 94111-3339
    Telephone:  (415) 956-1000
5   Facsimile:  (415) 956-1008

6   Michael A. Caddell (State Bar No. 249469)
    (mac@caddellchapman.com)
7   Cynthia B. Chapman (State Bar No. 164471)
    (cbc@caddellchapman.com)
8   George Y. Niño (State Bar No. 146623)
    (gyn@caddellchapman.com)
9   CADDELL & CHAPMAN
    1331 Lamar, Suite 1070
10  Houston, TX  77010
    Telephone:  (713) 751-0400
11  Facsimile:  (713) 751-0906

12  *Attorneys for Plaintiffs*

13         UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Case No. SACV05-1070-DOC(MLGx)<br><br>AND RELATED CASES<br><br>**STIPULATION AND ORDER REGARDING SUBMISSION OF AGREEMENT TO RESOLVE CLAIMS FOR <u>INJUNCTIVE RELIEF</u>** |
| JOSE HERNANDEZ, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Case No. CV06-03924-DOC(MLGx)<br><br>Judge:    Hon. David O. Carter |

1

2   Plaintiffs Jose Hernandez, Robert Radcliffe, Chester Carter, Arnold

3   Lovell, Jr., Clifton C. Seale, III, Maria Falcon, Jose Acosta, and Katherine Pike

4   ("Plaintiffs") and Defendants Experian Information Solutions, Inc. ("Experian"),

5   Equifax Information Services, LLC ("Equifax"), and Trans Union LLC ("Trans

6   Union"), by and through their respective attorneys of record herein, stipulate as

7   follows:

8   WHEREAS, on March 12, 2008, the Court entered a Minute Order

9   requiring Plaintiffs and Defendants to submit by March 24, 2008, papers

10  memorializing any agreement for settlement regarding injunctive relief;

11  WHEREAS, on March 13, 2008, Plaintiffs, Experian, Equifax, and

12  Trans Union reported to the Court that they had mutually reached an agreement to

13  resolve all claims for injunctive relief;

14  WHEREAS, despite the Parties' good faith efforts to meet the Court's

15  deadline to finalize and file papers memorializing the agreement for settlement

16  regarding injunctive relief, there has been a short delay in finalizing the supporting

17  papers;

18  WHEREAS, on March 20, 2008, the Court informed the private

19  mediator, Lourdes Baird, that it would grant additional time to submit papers

20  memorializing the agreement for settlement regarding injunctive relief, and directed

21  the parties to submit a stipulation setting forth same;

22  It is hereby agreed and ordered as follows:

23  1.   Plaintiffs and Defendants shall file with the Court on or before

24  April 3, 2008, the following:  (a) a Settlement Agreement resolving all injunctive

25  relief claims; and (b) a Proposed Order for Injunctive Relief, consistent with the

26  Settlement Agreement.

27  2.   If Plaintiffs and Defendants fail to file with the Court on or

28  before April 3, 2008, the Settlement Agreement and Proposed Order referenced

above, then they must appear for a status conference before the Court commencing

at 8:30 a.m., April 4, 2008.

    3.    The Court will not entertain any further continuances on this

issue.

Respectfully submitted,

Dated:  March 25, 2008

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By:_____
                    Michael W. Sobol

Michael W. Sobol
Allison S. Elgart
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Counsel for the White/Hernandez Plaintiffs*

Dated:  March 25, 2008

CADDELL & CHAPMAN

By:_____
                    Michael A. Caddell

Michael A. Caddell
Cynthia B. Chapman
George Y. Niño
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

*Counsel for the White/Hernandez Plaintiffs*

STIP AND ORDER RE SUBMISSION OF AGRMT TO
RESOLVE CLAIMS FOR INJUNCTIVE RELIEF
*Case Nos. 05 CV1070 DOC/MLG; 06 CV03924 DOC/MLG*

1    Dated:  March 25, 2008                JONES DAY

2
                                           By:_____
3                                                      Michael G. Morgan

4                                          Michael G. Morgan
                                           JONES DAY
5                                          555 South Flower Street
                                           Fiftieth Floor
6                                          Los Angeles, California  90071
                                           Telephone:  (213) 489-3939
7                                          Facsimile:  (213) 243-2539

8                                          *Counsel for Defendant Experian Information
                                           Solutions, Inc.*
9    Dated:  March 25, 2008                STROOCK STROOCK & LAVAN

10

11
                                           By:_____
12                                                     Stephen J. Newman

13                                         Julia Strickland
                                           Stephen J. Newman
14                                         STROOCK STROOCK & LAVAN
                                           2029 Century Park East
15                                         Los Angeles, CA  90067
                                           Telephone:  (310) 556-5800
16                                         Facsimile:  (310) 556-5959

17                                         *Counsel for Defendant Trans Union, LLC*

18   Dated:  March 25, 2008                KILPATRICK STOCKTON, LLP

19

20
                                           By:_____
21                                                     Cindy D. Hanson

22                                         Cindy D. Hanson
                                           Craig Bertschi
23                                         KILPATRICK STOCKTON, LLP
                                           1100 Peachtree Street, Suite 2800
24                                         Atlanta, GA  30309-4530
                                           Telephone:  (404) 815-6500
25                                         Facsimile:  (404) 815-6555

26                                         *Counsel for Defendant Equifax Information
                                           Services, LLC*

27

28

1   Dated:  March 25, 2008          CALLAHAN, MCCUNE & WILLIS, P.C.

2

3                                   By:_____
                                          Lee A. Sherman
4
                                    Lee A. Sherman
5                                   CALLAHAN, MCCUNE & WILLIS, P.C.
                                    111 Fashion Lane
6                                   Tustin, CA  92780
                                    Telephone:  (714) 730-5700
7                                   Facsimile:  (714) 730-1642

8                                   *Counsel for the Acosta/Pike Plaintiffs*

9

10             IT IS SO ORDERED.

11
    April 11, 2008                  *David O. Carter*
12                                  _____
                                    The Honorable David O. Carter
13                                  United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND ORDER RE SUBMISSION OF AGRMT TO
RESOLVE CLAIMS FOR INJUNCTIVE RELIEF
*Case Nos. 05 CV1070 DOC/MLG; 06 CV03924 DOC/MLG*