Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison S. Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant.<br><br><u>and Related Cases:</u><br><br>05-CV-01073-DOC (MLGx)<br>05-CV-7821-DOC (MLGx)<br>06-CV-0392-DOC (MLGx)<br>05-cv-1172-DOC(MLGx)<br>06-cv-5060-DOC (MLGx) | Case No. 05-CV-1070 DOC (MLGx)<br>(Lead Case)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND FINAL APPROVAL OF PROPOSED INJUNCTIVE RELIEF CLASS SETTLEMENT**<br><br>Date: August 4, 2008<br>Time: 4:00 p.m.<br>The Honorable David O. Carter |

1 TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2 NOTICE IS HEREBY GIVEN that on August 4, 2008 at 4:00 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at The Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701, in the courtroom of the Hon. David O. Carter, Plaintiffs in the above-captioned action, on behalf of themselves and all others similarly situated, will and hereby do move this Court (1) to grant, pursuant to Fed. R. Civ. P. 23(e), final approval of the Injunctive Relief Class Settlement; and (2) to grant, pursuant to Fed. R. Civ. P. 23(b)(2), class certification of the Settlement Class.

Plaintiffs' motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the [Proposed] Approval Order Regarding Settlement Agreement and Release filed with the Court (Dkt. 289-2), the Settlement Agreement, the declarations of Plaintiffs' counsel, class representatives, and experts in support of Settlement Approval, the pleadings and papers filed in this case, and any oral argument this Court permits.

Dated: July 25, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP

By: /s/ Michael W. Sobol
Michael W. Sobol

Michael W. Sobol
(msobol@lchb.com)
Allison S. Elgart
(aelgart@lchb.com)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Daniel Wolf
(dan@danielwolflaw.com)
LAW OFFICE OF DANIEL WOLF
1220 N Street, N.W., Suite PH 2
Washington, D.C.  20005
Telephone:  (202) 842-2170

Charles W. Juntikka (cj4689)
(charles@cjalaw.com)
CHARLES JUNTIKKA & ASSOCIATES
11 W. 42nd Street, 12th Floor
New York, NY  10036
Telephone:  (212) 315-3755

Stuart Rossman
(srossman@nclc.org)
Charles Delbaum
(cdelbaum@nclc.org)
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA 02110
Telephone:  (617) 542-8010
Facsimile:   (617) 542-8028

Michael A. Caddell (*pro hac vice*)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Leonard A. Bennett (VSB No. 37523)
(lenbennett@cavtel.net)
Matthew Erausquin  (VSB No. 65434)
(matt@clalegal.com)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone:  (757) 930 3660
Facsimile:   (757) 930-3662

| | |
|---|---|
| 1 | Mitchell A. Toups (TSB No. 20151600) |
| 2 | (matoups@wgttlaw.com)<br>WELLER, GREEN, TOUPS & TERRELL, L.L.P. |
| 3 | Bank of America Tower<br>2615 Calder St., Suite 400 |
| 4 | Beaumont Texas 77702<br>Telephone:  (409) 838-0101 |
| 5 | Facsimile:   (409) 832-8577 |
| 6 | *Attorneys for Plaintiffs* |
| 7 | |
| 8 | For the Acosta/Pike Plaintiffs:<br>Lee A. Sherman (State Bar No. 172198) |
| 9 | CALLAHAN MCCUNE & WILLIS<br>111 Fashion Lane |
| 10 | Tustin CA 92780-3397<br>Telephone: (714) 730-5700<br>Facsimile:  (714) 730-1642 |
| 11 | *Attorneys for the Acosta/Pike Plaintiffs* |
| 12 | |
| ... | |
| 28 | |

775130.1 — - 3 - — NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS