Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison S. Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant.<br><br>and Related Cases:<br><br>05-CV-01073-DOC (MLGx)<br>05-CV-7821-DOC (MLGx)<br>06-CV-0392-DOC (MLGx)<br>05-cv-1172-DOC(MLGx)<br>06-cv-5060-DOC (MLGx) | Case No. 05-CV-1070 DOC (MLGx)<br>(Lead Case)<br><br>**STIPULATION OF SETTLEMENT AND REQUEST TO TAKE PROCEEDINGS ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OFF CALENDAR**<br><br>Date: May 18, 2009<br>Time: 8:30 a.m.<br>The Honorable David O. Carter |

1. The parties, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS; on February 13, 2009, the Plaintiffs and TransUnion, LLC ("TransUnion") appeared for a status conference, during which the Court SCHEDULED the hearing on Plaintiffs' Motion for Class Certification against TransUnion to May 18, 2009, at 8:30 a.m. if the parties could not agree to settle the claims for monetary relief;

WHEREAS; Plaintiffs and TransUnion have reached an agreement on settlement terms, subject, to the extent necessary, to further proceedings under Federal Rule of Civil Procedure 23(e);

WHEREAS; Plaintiffs and TransUnion will enter into a separate Stipulation regarding a settlement approval schedule consistent with the other Defendants, Experian Information Solutions, Inc. and Equifax Information Services, LLC;

WHEREAS; the parties respectfully request that the Court take the proceedings on Plaintiffs' Motion for Class Certification off calendar, pending settlement implementation.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The hearing on the pending Plaintiffs' Motion for Class Certification is removed from the Court's calendar pending settlement implementation.

Respectfully submitted,

Dated: February 20, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____*(signature)*_____
       Michael W. Sobol

Michael W. Sobol
Allison S. Elgart
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for the White/Hernandez Plaintiffs*

Michael A. Caddell
Cynthia B. Chapman
George Y. Niño
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Counsel for the White/Hernandez Plaintiffs*

Lee A. Sherman
CALLAHAN, McCUNE & WILLIS, P.C.
111 Fashion Lane
Tustin, CA 92780
Telephone: (714) 730-5700
Facsimile: (714) 730-1642

*Counsel for the Acosta/Pike Plaintiffs*

STROOCK STROOCK & LAVAN

By: _/s/ Stephen J. Newman_____
      Stephen J. Newman

Julia Strickland
Stephen J. Newman
STROOCK STROOCK & LAVAN
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

*Counsel for Defendant Trans Union, LLC*