| | |
|---|---|
| 1 | Michael W. Sobol (State Bar No. 194857) |
| | (msobol@lchb.com) |
| 2 | Allison S. Elgart (State Bar No. 241901) |
| | (aelgart@lchb.com) |
| 3 | LIEFF, CABRASER, HEIMANN & |
| | BERNSTEIN, LLP |
| 4 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| 6 | |
| | Michael A. Caddell (State Bar No. 249469) |
| 7 | (mac@caddellchapman.com) |
| | Cynthia B. Chapman (State Bar No. 164471) |
| 8 | (cbc@caddellchapman.com) |
| | George Y. Niño (State Bar No. 146623) |
| 9 | (gyn@caddellchapman.com) |
| | CADDELL & CHAPMAN |
| 10 | 1331 Lamar St., Suite 1070 |
| | Houston, TX 77010 |
| 11 | Telephone: (713) 751-0400 |
| | Facsimile: (713) 751-0906 |
| 12 | |
| | *Attorneys for Plaintiffs* |
| 13 | |
| | [Additional Counsel listed on signature page] |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | | |
|---|---|---|
| 18 | TERRI N. WHITE, et al., | Case No. 05-CV-1070 DOC (MLGx) |
| 19 | Plaintiffs, | (Lead Case) |
| 20 | v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; APPROVAL OF CLASS NOTICE; APPOINTMENT OF CLASS COUNSEL; AND SCHEDULING OF FINAL APPROVAL HEARING DATE** |
| 21 | EXPERIAN INFORMATION SOLUTIONS, INC., | |
| 22 | | |
| 23 | Defendant. | |
| 24 | | |
| 25 | and Related Cases: | Date: May 11, 2009 |
| | | Time: 8:30 a.m. |
| 26 | 05-CV-01073-DOC (MLGx) | The Honorable David O. Carter |
| | 05-CV-7821-DOC (MLGx) | |
| 27 | 06-CV-0392-DOC (MLGx) | |
| | 05-cv-1172-DOC(MLGx) | |
| 28 | 06-cv-5060-DOC (MLGx) | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 11, 2009 at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at The Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701, in the courtroom of the Hon. David O. Carter, Plaintiffs in the above-captioned action, on behalf of themselves and all others similarly situated, will and hereby do move this Court to (1) grant, pursuant to Fed. R. Civ. P. 23(e), preliminary approval of the Proposed Class Settlement; (2) grant, pursuant to Fed. R. Civ. P. 23(b)(3), conditional class certification of the Settlement Class; (3) appoint, pursuant to Fed. R. Civ. P. 23(g), 23(b)(3) Settlement Class Counsel; (4) approve the proposed Notice Plan and CAFA Notice; and (5) schedule the dates for Final Approval.

Plaintiffs' motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the [Proposed] Preliminary Approval Order Regarding Settlement Agreement and Release, the Settlement Agreement, the declarations of class representatives, the pleadings and papers filed in this case, and any oral argument this Court permits.

Dated: April 24, 2009            Respectfully submitted,

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP

By: _____
            Michael W. Sobol

Michael W. Sobol
(msobol@lchb.com)
Allison S. Elgart
(aelgart@lchb.com)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Stuart Rossman
(srossman@nclc.org)
Charles Delbaum
(cdelbaum@nclc.org)
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA 02110
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Michael A. Caddell (*pro hac vice*)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (VSB No. 37523)
(lenbennett@cavtel.net)
Matthew Erausquin (VSB No. 65434)
(matt@clalegal.com)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930 3660
Facsimile: (757) 930-3662

Mitchell A. Toups (TSB No. 20151600)
(matoups@wgttlaw.com)
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
Bank of America Tower
2615 Calder St., Suite 400
Beaumont Texas 77702
Telephone: (409) 838-0101
Facsimile: (409) 832-8577

*Attorneys for Plaintiffs*

For the Acosta/Pike Plaintiffs:
Lee A. Sherman (State Bar No. 172198)
CALLAHAN MCCUNE & WILLIS
111 Fashion Lane
Tustin CA 92780-3397
Telephone: (714) 730-5700
Facsimile: (714) 730-1642

*Attorneys for the Acosta/Pike Plaintiffs*