Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI N. WHITE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**,<br><br>Defendant.<br><br>AND RELATED CASES:<br><br>05-cv-1073-DOC (MLGx)<br>05-cv-7821-DOC (MLGx)<br>06-cv-0392-DOC (MLGx)<br>05-cv-1172-DOC (MLGx)<br>06-cv-5060-DOC (MLGx) | **Case No. 05-cv-1070- DOC (MLGx)**<br>**LEAD CASE**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING SETTLEMENT CLASS; (3) APPROVING CLASS NOTICE; (4) APPOINTING CLASS COUNSEL; AND (5) SCHEDULING FINAL APPROVAL HEARING AND RELATED DATES**<br><br>Date:  September 14, 2009<br>Time:  8:30 a.m.<br>Place:  Courtroom 9D<br>Judge:  Hon. David O. Carter |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that on September 14, 2009 at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701, in the courtroom of the Hon. David O. Carter, that Settling Plaintiffs[1] in the above-captioned action, on behalf of themselves and all others similarly situated will and hereby do move for an order to amend the schedule relating to the dissemination of the notice and approval of the pending 23(b)(3) class action settlement.[2]

1. Plaintiffs' Counsel for the Provisionally Certified 23(b)(3) Settlement Class (herein, "Class Counsel")[3] and the Settlement Administrator have been working diligently and in good faith in conjunction with the defendants to generate a complete and accurate Class List for purposes of issuing notice of the 23(b)(3) settlement to the class. Despite their best efforts to meet the deadlines contained in the Preliminary Approval Order, a number of complex technology and security issues have slowed their ability to generate the Class List. As a result, Defendants have not yet been able to provide to the Settlement Administrator complete Class

---

[1] The Settling Plaintiffs consist of Jose Hernandez, Robert Randall, Bertram Robison, and Kathryn Pike. Specifically excluded from this group are the White Plaintiffs who consist of Chester Carter, Maria Falcon, Arnold Lovell, Robert Radcliffe, and Clifton C. Seale III.

[2] On May 7, 2009, the Court entered an Order (1) granting preliminary approval to proposed class action settlement; (2) conditionally certifying settlement class; (3) approving class notice; (4) appointing class counsel; and (5) scheduling final approval hearing and related dates ("Preliminary Approval Order"). By this motion, Settling Plaintiffs seek to amend the Order only as to timing and scheduling and not as to any substantive provision.

[3] Class Counsel are: Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser") and its attorneys Michael W. Sobol and Allison S. Elgart; Caddell & Chapman ("C&C") and its attorneys Michael A. Caddell, Cynthia B. Chapman, and George Y. Niño; National Consumer Law Center ("NCLC") and its attorneys Stuart T. Rossman and Charles M. Delbaum; Consumer Litigation Associates, P.C. ("CLA") and its attorneys Leonard A. Bennett and Matthew Erausquin; Weller, Green, Toups & Terrell, L.L.P. ("Toups") and its attorney Mitchell A. Toups; and Callahan Thompson, Sherman & Caudill and its attorney Lee A. Sherman.

1. Lists and thus the Settlement Administrator is still in the process of combining each Defendant's list into the single Class List. Without the Class List, notice cannot be provided to class members in accordance with the original timeline, which required notice to be completed by August 31, 2009. However, the parties anticipate that they will resolve these difficulties and begin disseminating notice within the next two weeks.

2. Defendants consent to this motion, and the parties consider it important to set this matter for hearing now while they resolve these issues. Assuming the parties can resolve these issues within the next few days, they will submit an Agreed Amended Scheduling Order with new deadlines for the Court's consideration before the hearing. (Settling Plaintiffs have submitted herewith a Proposed Order Amending 23(b)(3) Settlement Approval Schedule, which currently only has blanks for the new dates. The parties anticipate that they will submit a revised proposed order very soon which will contain stipulated dates.)

3. Plaintiffs' motion is based on this Notice of Motion and Motion, any argument of counsel as may be presented at the hearing, and the pleadings and files in this action.

Dated: September 1, 2009     Respectfully submitted,

By:   /s/ Michael A. Caddell
      Michael A. Caddell

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Stuart Rossman
(srossman@nclc.org)
Charles Delbaum
(cdelbaum@nclc.org)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square 4th Floor
Boston, MA 02110
Telephone:  (617) 542-8010
Facsimile:   (617) 542-8028

Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison S. Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Leonard A. Bennett (VSB No. 37523)
(lenbennett@cavtel.net)
Matthew Erausquin (VSB No. 65434)
(matt@clalegal.com)
CONSUMER LITIGATION
 ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone:  (757) 930 3660
Facsimile:   (757) 930-3662

Mitchell A. Toups (TSB No. 20151600)
(matoups@wgttlaw.com)
WELLER, GREEN, TOUPS
& TERRELL, L.L.P.
Bank of America Tower
2615 Calder St., Suite 400
Beaumont Texas 77702
Telephone:  (409) 838-0101
Facsimile:   (409) 832-8577