# EXHIBIT A



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201
Toll Free 1-888-404-8013
www.gardencitygroup.com

The Garden City Group, Inc.

September 22, 2009

**<u>VIA EMAIL</u>**

Michael W. Sobol, Esq.
Lieff Cabraser Heimann
275 Battery Street, 30th Floor
San Francisco, CA 94111

Michael A. Caddell, Esq.
Caddell Chapman
1331 Lamar Street, Suite 1070
Houston, TX 77010

RE:   <u>*Terri N. White, et al. v. Experian Information Solutions, Inc.*</u>  <u>(GCG Invoice for Claims and Administration)</u>

Dear Counsel:

In anticipation of the Court ordered mailing dated September 28, 2009, attached is GCG's invoice for fees and costs for the administration of the above project. As discussed, this invoice is substantially attributable to costs GCG will be expending directly on behalf of the Settlement Class for printing and postage related to the notice mailing. The amount due is $5,184,335.16.

Please arrange to have the funds wired to Signature Bank, ABA #026013576, A/C #1500237410 no later than Friday, September 25, 2009. If you have any questions about the enclosed invoice, please do not hesitate to contact me at the numbers above. We look forward to continuing to work with you on this project.

Thank you and best regards.

Very truly yours,

Jennf M. Keough

Jennifer M. Keough
Executive Vice President

Enclosure



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 9/22/2009 | 07628 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $5,184,335.16 | Due Upon Receipt |

**GCG Notice and Claims Administration Fees: Project Inception through September 15, 2009**

| Transactional Item | | Amount Due This Invoice |
|---|---|---|
| **DISSEMINATION OF NOTICE** | | |
| Receive, Format and Import Data Files | | $121,149.79 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | $750,371.52 |
| | | |
| **CONTACT SERVICES** | | |
| IVR Set-Up | | $2,500.00 |
| | | |
| **WEBSITE SERVICES** | | |
| Standard Set-Up & Design | | $2,500.00 |
| | | |
| **PROJECT MANAGEMENT** | | |
| Project Management | 137.2 PM hours | |
| Quality Assurance | 12.6 QA hours | $30,147.50 |
| Systems Support | 4.4 SS hours | |

1



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

**TOTAL FEES:** $906,668.81

| Expenses: Project Inception through Septemer 15, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| P.O. Box Rental | $1,020.00 |
| Copying/Printing/Facsimile | $94.00 |
| Standard Class Postage for Initial Notice Mailing ($.251 each) | $3,847,294.37 |
| Deposit on Business Reply Mail for returned postcard claim forms ($.425 each) | $400,000.00 |
| (Postage to be reconciled with actual receipts and provided to client) | ------- |
| Qualified Business Reply Mail Permit/Account Maintenance Fee | $770.00 |
| High Volume QBRM Fee | $1,855.00 |
| NCOA Search | $26,632.98 |
| **TOTAL EXPENSES:** | **$4,277,666.35** |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):** **$5,184,335.16**

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576,
A/C # 1500237410. Thank you.