cc: Fiscal Section

1  THOMAS P. QUINN, JR., SBN: 132268
   NOKES & QUINN
2  410 BROADWAY, SUITE 200
   LAGUNA BEACH, CA 92651
3  Telephone: (949) 376-3055
   Facsimile:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  [Counsel *Pro Hac Vice*]
   CRAIG E. BERTSCHI (Georgia Bar No: 055739)
6  CINDY D. HANSON (Georgia Bar No:  323920)
   KALI WILSON BEYAH (Georgia Bar No:  768723)
7  KILPATRICK STOCKTON LLP
   1100 Peachtree Street, Suite 2800
8  Atlanta, GA 30309
   Telephone:  (404) 815-6500
9  Facsimile: (404) 815-6555
   Email: cbertschi@kilpatrickstockton.com
10 Email: chanson@kilpatrickstockton.com
   Email:  kbeyah@kilpatrickstockton.com
11
   Attorneys for Defendant EQUIFAX
12 INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| TERRI N. WHITE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. <br><br><br> **AND RELATED CASES** | Case No. SACV05-1070 DOC (MLGx) (Lead Case) <br><br> AND RELATED CASES <br> 05-CV-1073, 05-CV-7821, 06-CV-3924, 05-CV-1172, <br> 06-CV-5060 <br><br> Assigned for all purposes to the Honorable Judge David O. Carter <br><br> **[PROPOSED] ORDER TO DISBURSE SETTLEMENT FUNDS TO THE SETTLEMENT ADMINISTRATOR FOR THE PURPOSE OF PRINTING AND MAILING CLASS NOTICE** <br><br> [Filed concurrently with the Stipulation of the Settling Parties For An Order To Disburse Settlement Funds To The Settlement Administrator For The Purpose of Printing And Mailing Class Notice] |

- 1 -

cc: Fiscal Section

## ORDER

Based on the Stipulation of the Settling Parties for an Order to disburse settlement funds to the Settlement Administrator for the purpose of printing and mailing class notice, and good cause appearing therefore, IT IS HEREBY ORDERED that the Clerk of Court shall make a disbursement from the Settlement Fund in the amount of $ 5,184,335.16 to the Settlement Administrator, The Garden City Group, Inc., for the purpose of printing and mailing Notice to the class pursuant to the Court's Preliminary Approval Order.

IT IS SO ORDERED.

DATED: September 25, 2009

*David O. Carter*
The Honorable David O. Carter
United States District Court