# EXHIBIT A



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201
Toll Free 1-888-404-8013
www.gardencitygroup.com

October 23, 2009

**VIA EMAIL**

Michael W. Sobol, Esq.  
Lieff Cabraser Heimann  
275 Battery Street, 30th Floor  
San Francisco, CA 94111  

Michael A. Caddell, Esq.  
Caddell Chapman  
1331 Lamar Street, Suite 1070  
Houston, TX 77010  

RE: *Terri N. White, et al. v. Experian Information Solutions, Inc.* (GCG Invoice for Claims and Administration)

Dear Counsel:

Enclosed please find GCG's current invoice for fees and costs associated with Claims and Administration for the above-mentioned case. The amount due is $770,996.80. Please arrange to have payment forwarded to The Garden City Group, Inc., 105 Maxess Road, Melville, NY 11747-3836. If you have any questions about the enclosed invoice, please do not hesitate to contact me at the numbers above. We look forward to continuing to work with you on this project.

Thank you and best regards.

Very truly yours,

Jennifer M. Keough  
Executive Vice President

Enclosure



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 10/23/2009 | 07854 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $770,996.80 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: September 16, 2009 through October 15, 2009

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628* |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 19,826 | $6,939.10 |
| Remails/Fulfillment of Notice Requests | $0.10 each | 16,807 | $1,680.70 |
| Process Undeliverable Mail | $0.19 each | 502,946 | $95,559.74 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | $20,172.80 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | 10,093 | $1,917.67 |
| Claims Submission by Mail | $0.25 each | 140,006 | $35,001.50 |

1



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | |
|---|---:|---:|
| Rejection Letters | $0.95 each | ----- |
| Additional Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | ----- |
| Handle & Process Exclusions/Objections | Standard hourly rates | 0.2 |
| Scan Non-Claim Form Related Mail | $0.11 per image | 880 |
| Document Storage - Electronic | $0.0008 per image/record per month | 197,657 |
| Document Storage - Paper | $1.50 per box per month | ----- |

| | | |
|---|---:|---:|
| | | $15.00 |
| | | $96.80 |
| | | $158.13 |
| | | ----- |

### CONTACT SERVICES

| | | |
|---|---:|---:|
| IVR Set-Up | $2,500.00 | |
| IVR Minutes | $0.25 per minute | 154,493 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 37,716 |
| Monthly Maintenance Charge | $100.00 per month | 09/23/09-10/15/09 |
| Management of Call Center | Standard hourly rates | ----- |

| | |
|---|---:|
| | Paid Invoice #07628 |
| | $38,623.25 |
| | $28,287.00 |
| | WAIVED |
| | ----- |

### WEBSITE SERVICES

| | | |
|---|---:|---:|
| Standard Set-Up & Design | $2,500.00 | |
| Monthly Maintenance Charge | $200.00 per Month | 09/23/09-10/15/09 |
| Website Updates | Standard hourly rates | ----- |

| | |
|---|---:|
| | Paid Invoice #07628 |
| | $154.00 |
| | ----- |

### PROJECT MANAGEMENT

| | | |
|---|---|---:|
| Project Management | 48.0 PM hours | |
| Quality Assurance | 36.1 QA hours | $13,741.50 |
| Systems Support | 14.5 SS hours | |

| | |
|---|---:|
| **TOTAL FEES:** | **$242,347.19** |

2



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

*GCG Notice and Claims Administration Expenses: September 16, 2009 through October 23, 2009*

| Expenses: September 16, 2009 through October 23, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Domain Registration | $50.96 |
| Copying/Printing/Facsimile | $74.20 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails*) | $178,505.44 |
| Deposit for Postage on Business Reply Mail, Forwarding Service, and Remails | $350,000.00 |
| Messenger/Courier | $19.01 |
| TOTAL EXPENSES: | $528,649.61 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $770,996.80
*Actual Postal Receipts Attached

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3