1  Michael W. Sobol (State Bar No. 194857)
   (msobol@lchb.com)
2  Allison S. Elgart (State Bar No. 241901)
   (aelgart@lchb.com)
3  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   Michael A. Caddell (State Bar No. 249469)
7  (mac@caddellchapman.com)
   Cynthia B. Chapman (State Bar No. 164471)
8  (cbc@caddellchapman.com)
   George Y. Niño (State Bar No. 146623)
9  (gyn@caddellchapman.com)
   CADDELL & CHAPMAN
10 1331 Lamar St., Suite 1070
   Houston, TX 77010
11 Telephone:  (713) 751-0400
   Facsimile:  (713) 751-0906
12
   *Attorneys for Plaintiffs*
13
   [Additional Counsel listed on signature page]
14

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17                  (SOUTHERN DIVISION)

| | |
|---|---|
| 18  TERRI N. WHITE, *et al.*, | Case No. 05-CV-1070 DOC (MLGx) (Lead Case) |
| 19         Plaintiffs, | |
| 20  v. | **NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES FOR MONETARY RELIEF SETTLEMENT** |
| 21  EXPERIAN INFORMATION SOLUTIONS, INC., | |
| 22         Defendant. | |
| 23 | |
| 24  and Related Cases: | Date:  January 11, 2010  Time: 8:30 a.m.  The Honorable David O. Carter |
| 25  05-cv-01073-DOC (MLGx)  05-cv-7821-DOC (MLGx) | |
| 26  06-cv-0392-DOC (MLGx)  05-cv-1172-DOC(MLGx) | |
| 27  06-cv-5060-DOC (MLGx) | |
| 28 | |

851677.1

NOTICE OF MOTION AND MOTION FOR ORDER GRANTING
PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES FOR
MONETARY RELIEF SETTLEMENT
CASE NO. 05-CV-1070 DOC (MLGX)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on January 11, 2010 at 8:30 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701, in the courtroom of the Hon. David O. Carter, Plaintiffs will, and hereby do, move for an Order Granting Plaintiffs' Application For Attorneys' Fees For Monetary Relief Settlement.

Pursuant to the Court's May 7, 2009 Order preliminarily approving the 23(b)(3) Settlement and associated notice plan, notice of this Motion was provided to members of the provisionally certified 23(b)(3) Class on September 28, 2009 by direct U.S. mail and on October 15, 2009 by publication in the nationwide newspaper *USA Today*.

The Plaintiffs' Motion is based on: (1) this Notice; (2) Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Order Granting Application for Attorneys' Fees for Monetary Relief Settlement; (3) the declarations of Michael W. Sobol, Michael A. Caddell, Stuart T. Rossman, Charles M. Delbaum, Leonard A. Bennett, Mitchell A. Toups, and Lee A. Sherman; (4) the Court's Preliminary Approval Order (Dkt. 423); and all other pleadings and papers on file in this action, and any oral argument the Court permits.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2009 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ *Michael W. Sobol* <br> Michael W. Sobol |
| 6 | | Michael W. Sobol (State Bar No. 194857) <br> (msobol@lchb.com) |
| 7 | | Allison S. Elgart (State Bar No. 241901) <br> (aelgart@lchb.com) |
| 8 | | 275 Battery Street, 30th Floor <br> San Francisco, CA 94111-3339 |
| 9 | | Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 |
| 10 | | |
| 11 | | Stuart T. Rossman (BBO No. 430640) <br> (srossman@nclc.org) |
| 12 | | Charles M. Delbaum (BBO No. 543225) <br> (cdelbaum@nclc.org) <br> NATIONAL CONSUMER LAW CENTER |
| 13 | | 7 Winthrop Square, 4th Floor <br> Boston, MA 02110 |
| 14 | | Telephone: (617) 542-8010 <br> Facsimile: (617) 542-8028 |
| 15 | | |
| 16 | | Michael A. Caddell (State Bar No. 249469) <br> (mac@caddellchapman.com) |
| 17 | | Cynthia B. Chapman (State Bar No. 164471) <br> (cbc@caddellchapman.com) |
| 18 | | George Y. Niño (State Bar No. 146623) <br> (gyn@caddellchapman.com) <br> CADDELL & CHAPMAN |
| 19 | | 1331 Lamar, Suite 1070 <br> Houston, TX 77010 |
| 20 | | Telephone: (713) 751-0400 <br> Facsimile: (713) 751-0906 |
| 21 | | |
| 22 | | Leonard A. Bennett (VSB No. 37523) <br> (lenbennett@cavtel.net) |
| 23 | | Matthew Erausquin (VSB No. 65434) <br> (matt@clalegal.com) <br> CONSUMER LITIGATION ASSOCIATES, P.C. |
| 24 | | 12515 Warwick Boulevard, Suite 201 <br> Newport News, Virginia 23606 |
| 25 | | Telephone: (757) 930 3660 <br> Facsimile: (757) 930-3662 |
| 26 | | |
| 27 | | |
| 28 | | |

851677.1 — - 2 - — NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES FOR MONETARY RELIEF SETTLEMENT CASE NO. 05-CV-1070 DOC (MLGX)

1 | Mitchell A. Toups (TSB No. 20151600)
2 | (matoups@wgttlaw.com)
  | WELLER, GREEN, TOUPS & TERRELL, L.L.P.
3 | Bank of America Tower
  | 2615 Calder St., Suite 400
4 | Beaumont Texas 77702
  | Telephone:  (409) 838-0101
5 | Facsimile:   (409) 832-8577

*Attorneys for White/Hernandez Plaintiffs*

Lee A. Sherman (State Bar No. 172198)
CALLAHAN, THOMPSON, SHERMAN & CAUDILL
111 Fashion Lane
Tustin, CA  92780
Telephone: (714) 730-5700
Facsimile:  (714) 730-1642

*Attorneys for the Acosta/Pike Plaintiffs*