# EXHIBIT A



The Garden City Group, Inc.

Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 12/14/2009 | 08116 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $514,217.90 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: October 16, 2009 through November 30, 2009

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files | | | |
| Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 71,341 | $24,969.35 |
| Remails/Fulfillment of Notice Requests | $0.10 each | 13,787 | $1,378.70 |
| Process Undeliverable Mail | $0.19 each | 540,074 | $102,614.06 |

| SUMMARY NOTICE | | | |
|---|---|---|---|
| USA TODAY | Quote | | Billed Invoice 07854 |

| CLAIM VALIDATION | | | |
|---|---|---|---|
| Online Claims Submission | $0.19 each | 8,012 | $1,522.28 |
| Claims Submission by Mail | $0.25 each | 539,412 | $134,853.00 |



The Garden City Group, Inc.

Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | | |
|---|---|---|---|
| Rejection Letters | | $0.95 each | --- |
| Additional Processing of Non-Conforming Claims | | Standard hourly rates | 250.9 | $31,741.50 |
| Additional Processing of 1,000 Actual Damage Award Claims | | Standard hourly rates | | --- |
| Handle & Process Exclusions/Objections | | Standard hourly rates | 11.0 | $825.00 |
| Scan Non-Claim Form Related Mail | | $0.11 per image | 2,637 | $290.07 |
| Document Storage - Electronic | | $0.0008 per image/record per month | 1,373,513 | $12,126.62 |
| Document Storage - Paper | | $1.50 per box per month | 94 | $282.00 |

| CONTACT SERVICES | | | | |
|---|---|---|---|---|
| IVR Set-Up | | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | | $0.25 per minute | 115,542 | $28,885.50 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | | $0.75 per minute | 37,584.0 | $28,188.00 |
| Monthly Maintenance Charge | | $100.00 per month | 10/16/09-11/30/09 | WAIVED |
| Management of Call Center | | Standard hourly rates | 30.2 | $3,850.00 |

| WEBSITE SERVICES | | | | |
|---|---|---|---|---|
| Standard Set-Up & Design | | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | | $200.00 per month | 10/16/09-11/30/09 | $300.00 |
| Website Updates | | Standard hourly rates | | --- |

| PROJECT MANAGEMENT | | | | |
|---|---|---|---|---|
| Project Management | | | 56.7 PM hours | |
| Quality Assurance | | | 27.4 QA hours | $19,074.00 |
| Systems Support | | | 17.9 SS hours | |

TOTAL FEES: $390,900.08


**The Garden City Group, Inc.**

Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| Expenses: October 16, 2009 through November 30, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Copying/Printing/Facsimile | $805.86 |
| Messenger/Courier | $7.49 |
| Supplies/Equipment | $8.91 |
| Advanced Address Search | ($5,326.60) |
| Vendor Remails | $4,754.26 |
| Telephone | $118.87 |
| Court Document Retrieval | $54.00 |
| BRM Postage Permit | $70.00 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails*) | $122,825.03 |
| TOTAL EXPENSES: | $123,317.82 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $514,217.90

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.