# EXHIBIT B



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 1/27/2010 | 08383 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $113,990.04 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: December 1, 2009 through December 31, 2009

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 2,597 | $908.95 |
| Remails/Fulfillment of Notice Requests | $0.10 each | 658 | $65.80 |
| Process Undeliverable Mail | $0.19 each | 12,196 | $2,317.24 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Billed Invoice 07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | 825 | $156.75 |
| Claims Submission by Mail | $0.25 each | 74,327 | $18,581.75 |

1


The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | ----- | ----- |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | ----- | ----- |
| Preparation re: Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | 6.2 | $362.00 |
| Handle & Process Exclusions/Objections | Standard hourly rates | 139.4 | $10,455.00 |
| Scan Non-Claim Form Related Mail | $0.11 per image | 363 | $39.93 |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,552,795 | $12,251.47 |
| Document Storage - Paper | $1.50 per box per month | 153 | $292.50 |

| **CONTACT SERVICES** | | | |
|---|---|---|---|
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 19,514 | $4,878.50 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 12,358.8 | $9,269.10 |
| Monthly Maintenance Charge | $100.00 per month | 12/01/09-12/31/09 | WAIVED |
| Management of Call Center | Standard hourly rates | 3.5 | $812.50 |

| **WEBSITE SERVICES** | | | |
|---|---|---|---|
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 12/01/09-12/31/09 | $200.00 |
| Website Updates | Standard hourly rates | 1.2 | $150.00 |

| **PROJECT MANAGEMENT** | | | |
|---|---|---|---|
| Project Management<br>Quality Assurance<br>Systems Support | | 51.5 PM hours<br>41.4 QA hours<br>33.4 SS hours | $18,589.50 |

| | |
|---|---|
| **TOTAL FEES:** | **$79,330.99** |



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| Expenses: December 1, 2009 through December 31, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Copying/Printing/Facsimile | $227.00 |
| Messenger/Courier | $110.98 |
| Telephone | $71.07 |
| Translation Service | $1,250.00 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails) | $33,000.00 |
| TOTAL EXPENSES: | $34,659.05 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $113,990.04

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3