# EXHIBIT A



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 3/19/2010 | 08642 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $24,166.28 | Due Upon Receipt |

### GCG Notice and Claims Administration Fees: February 1, 2010 through February 28, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files | | | |
| Credit Data Files not used in Mailing | | | |
| Receive, Format and Import Data Files | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 277 | $96.95 |
| Remails/Fulfillment of Notice Requests | $0.10 each | --- | --- |
| Process Undeliverable Mail | $0.19 each | 2,156 | $409.64 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Billed Invoice 07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | --- | --- |
| Claims Submission by Mail | $0.25 each | 1,475 | $368.75 |

1



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

The Garden City Group, Inc.

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | --- | --- |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | 13.3 | $731.50 |
| Preparation re: Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | 4.2 | $231.00 |
| Handle & Process Exclusions/Objections | Standard hourly rates | 0.6 | $45.00 |
| Scan Non-Claim Form Related Mail | $0.11 per image | 76 | $8.36 |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,565,932 | $1,252.75 |
| Document Storage - Paper | $1.50 per box per month | 154 | $231.00 |

## CONTACT SERVICES

| | | | |
|---|---|---|---|
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 7,889 | $1,972.25 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 7,794.0 | $5,845.50 |
| Monthly Maintenance Charge | $100.00 per month | 02/01/10 - 02/28/10 | WAIVED |
| Management of Call Center | Standard hourly rates | | --- |

## WEBSITE SERVICES

| | | | |
|---|---|---|---|
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 02/01/10 - 02/28/10 | $200.00 |
| Website Updates | Standard hourly rates | | --- |

## PROJECT MANAGEMENT

| | | |
|---|---|---|
| Project Management | | 15.9 PM hours | |
| Quality Assurance | | 6.8 QA hours | $6,627.50 |
| Systems Support | | 9.8 SS hours | |

**TOTAL FEES:** $18,020.20

2



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

**The Garden City Group, Inc.**

| Expenses: February 1, 2010 through February 28, 2010 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Copying/Printing/Facsimile | $8.60 |
| Travel Expenses | $1,667.24 |
| Telephone | $70.24 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails) | $4,400.00 |
| TOTAL EXPENSES: | $6,146.08 |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):** $24,166.28

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3