# Exhibit A



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 2/26/2010 | 08511 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $36,734.64 | Due Upon Receipt |

### GCG Notice and Claims Administration Fees: January 1, 2010 through January 31, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 939 | $328.65 |
| Remails/Fulfillment of Notice Requests | $0.10 each | ----- | ----- |
| Process Undeliverable Mail | $0.19 each | 3,763 | $714.97 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Billed Invoice 07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | 2 | $0.38 |
| Claims Submission by Mail | $0.25 each | 11,610 | $2,902.50 |

1



| Rejection Letters | $0.95 each | ----- | ----- |
|---|---|---|---|
| Additional Processing of Non-Conforming Claims | Standard hourly rates | 2.3 | $287.50 |
| Preparation re: Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | 4.2 | $950.00 |
| Handle & Process Exclusions/Objections | Standard hourly rates | 3.8 | $342.50 |
| Scan Non-Claim Form Related Mail | $0.11 per image | 127 | $13.97 |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,560,205 | $1,248.16 |
| Document Storage - Paper | $1.50 per box per month | 154 | $231.00 |

### CONTACT SERVICES

| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
|---|---|---|---|
| IVR Minutes | $0.25 per minute | 26,585 | $6,646.25 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 12,699.6 | $9,524.70 |
| Monthly Maintenance Charge | $100.00 per month | 01/01/10 - 01/31/10 | WAIVED |
| Management of Call Center | Standard hourly rates | 1.5 | $300.00 |

### WEBSITE SERVICES

| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
|---|---|---|---|
| Monthly Maintenance Charge | $200.00 per month | 01/01/10 - 01/31/10 | $200.00 |
| Website Updates | Standard hourly rates | 1.9 | $237.50 |

### PROJECT MANAGEMENT

| Project Management | | 17.6 PM hours | |
|---|---|---|---|
| Quality Assurance | | 10.5 QA hours | $8,533.00 |
| Systems Support | | 21.1 SS hours | |

**TOTAL FEES:** $32,461.08



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

The Garden City Group, Inc.

| Expenses: January 1, 2010 through January 31, 2010 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Copying/Printing/Facsimile | $87.60 |
| Messenger/Courier | $93.44 |
| Telephone | $92.52 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails) | $4,000.00 |
| TOTAL EXPENSES: | $4,273.56 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $36,734.64

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3