# Exhibit B



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

# GCG
People. Power. Performance.℠

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 6/7/2010 | 09078 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $216,248.92 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: March 1, 2010 through April 30, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 238 | $83.30 |
| Remails/Fulfillment of Notice Requests | $0.10 each | ----- | ----- |
| Process Undeliverable Mail | $0.19 each | 1,821 | $345.99 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | ----- | ----- |
| Claims Submission by Mail | $0.25 each | 1,758 | $439.50 |

1



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

People. Power. Performance.℠

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | — | — |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | 25.6 | $1,408.00 |
| Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | 1,872.3 | $140,526.50 |
| Handle & Process Exclusions/Objections | Standard hourly rates | — | — |
| Scan Non-Claim Form Related Mail | $0.11 per image | 1,397 | $153.67 |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,569,690 | $2,508.50 |
| Document Storage - Paper | $1.50 per box per month | 156 | $468.00 |

### CONTACT SERVICES

| | | | |
|---|---|---|---|
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 14,553 | $3,638.25 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 19,410.0 | $14,557.50 |
| Monthly Maintenance Charge | $100.00 per month | 03/01/10 - 04/30/10 | WAIVED |
| Management of Call Center | Standard hourly rates | — | — |

### WEBSITE SERVICES

| | | | |
|---|---|---|---|
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 03/01/10 - 04/30/10 | $400.00 |
| Website Updates | Standard hourly rates | — | — |

### PROJECT MANAGEMENT

| | | | |
|---|---|---|---|
| Project Management | | 74.6 PM hours | |
| Quality Assurance | | 35.3 QA hours | $20,173.50 |
| Systems Support | | 15.6 SS hours | |

**TOTAL FEES:** $184,702.71

2



**815 Western Avenue**
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

People. Power. Performance.℠

| Expenses: March 1, 2010 through April 30, 2010 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Copying/Printing/Facsimile | $11.00 |
| Bookkeeping Fees | $250.00 |
| Tax Return | $0.00 |
| Court Document Retrieval | $98.08 |
| Supplies/Expenses | $71.16 |
| Travel Expenses | $28,477.65 |
| Telephone | $123.21 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails) | $2,515.11 |
| TOTAL EXPENSES: | $31,546.21 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $216,248.92

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3