Daniel J. McLoon (State Bar No. 109598)
djmcloon@jonesday.com
Michael G. Morgan (State Bar No. 170611)
mgmorgan@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant.<br><br>AND RELATED CASES | Case No. 05-cv-1070-DOC (MLGx) LEAD CASE<br><br>Assigned for all purposes to Honorable Judge David O. Carter<br><br>**DEFENDANTS' JOINT STATEMENT REGARDING SETTLING PLAINTIFFS' SUBMISSION COMPLYING WITH THE COURT'S ORDER DATED DECEMBER 14, 2010** |

LAI-3118546v1

Defendants have no objection to Settling Plaintiffs' proposed forms of secondary notice, including their proposed form for obtaining additional information and documentation from Actual Damage Award Claimants. (Settling Plaintiffs' Submission Complying with Court's Order Granting Plaintiffs' Motion for Reconsideration ("Settling Plaintiffs' Submission") at 1:21-23 & Exh. D (Dkt. 733).) The proposed forms easily satisfy Rule 23(c)(2)'s requirement to provide "the best notice that is practicable under the circumstances." Fed. R. Civ. P. 23(c)(2).

Nevertheless, Defendants believe that the claims-validation process might benefit if Actual Damage Award Claimants are reminded that they should identify all instances in which they claim to have suffered actual harm. In particular, Defendants propose adding the following sentence at the end of Section III (Detailed Claim Information) of the Additional Claimant Information Form for Actual Damage Award Claimants:

> "You may provide dates and requested information for all instances for which you believe you may have a claim, and you are encouraged to do so as each instance for which you provide a date and information will be considered by the settlement administrator."

(*See* Settling Plaintiffs' Submission at Exh. D (Dkt. 733 at p. 20).) Defendants anticipate that, as part of the claims-validation process, the Settlement Administrator will attempt to validate the instances of claimed actual harm by consulting data that Defendants have compiled from their archive files. The suggested addition would help to ensure that Actual Damage Award Claimants have every opportunity to qualify for an Actual Damage Award and minimizes the risk that any such claimant might have his or her Actual Damage Award Claim converted into a Convenience Award Claim due to an inadvertent failure to list an

LAI-3118546v1

- 1 -

1  instance of claimed actual harm.  The Settling Plaintiffs have consented to the
2  suggested addition.

3
4  Dated:        January 5, 2011                JONES DAY
5
6                                               By: /s/ Michael G. Morgan
                                                    Michael G. Morgan
7                                                Attorneys for Defendant
                                                 EXPERIAN INFORMATION
8                                                SOLUTIONS, INC.

9  Dated:        January 5, 2011                STROOCK & STROOCK & LAVAN LLP
10
11
12                                               By: /s/ Stephen J. Newman  by permission
                                                    Stephen J. Newman
13
14                                               Attorneys for Defendant
                                                 TRANSUNION LLC
15
16 Dated:        January 5, 2011                KILPATRICK TOWNSEND & STOCKTON LLP
17
18                                               By: /s/ Cindy D. Hanson  by permission
19                                                  Cindy D. Hanson

20                                               Attorneys for Defendant
                                                 EQUIFAX INFORMATION SERVICES
21                                               LLC

LAI-3118546v1

- 1 -