# Exhibit A



# GCG
People. Power. Performance.℠

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 7/30/2010 | 09348 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $63,122.46 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: May 1, 2010 through June 30, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 202 | $70.70 |
| Remails/Fulfillment of Notice Requests | $0.10 each | --- | --- |
| Process Undeliverable Mail | $0.19 each | 2,258 | $429.02 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | --- | --- |
| Claims Submission by Mail | $0.25 each | 3,428 | $857.00 |

1



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

People. Power. Performance.℠

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | --- | |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | --- | |
| Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | 98.8 | $6,190.00 |
| Handle & Process Exclusions/Objections | Standard hourly rates | --- | |
| Scan Non-Claim Form Related Mail | $0.11 per image | --- | |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,571,575 | $1,257.26 |
| Document Storage - Paper | $1.50 per box per month | 156 | $468.00 |

| CONTACT SERVICES | | | |
|---|---|---|---|
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 89,566.0 | $22,391.50 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 29,196.0 | $21,897.00 |
| Monthly Maintenance Charge | $100.00 per image/record per month | 05/01/10 - 06/30/10 | WAIVED |
| Management of Call Center | Standard hourly rates | 1.5 | $300.00 |

| WEBSITE SERVICES | | | |
|---|---|---|---|
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 05/01/10 - 06/30/10 | $400.00 |
| Website Updates | Standard hourly rates | 0.5 | $58.50 |

| PROJECT MANAGEMENT | | | |
|---|---|---|---|
| Project Management | | 30.9 PM hours | |
| Quality Assurance | | 8.9 QA hours | $7,445.00 |
| Systems Support | | 3.6 SS hours | |

| | | |
|---|---|---|
| | TOTAL FEES: | $61,763.98 |

2



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

# GCG

People. Power. Performance.℠

| Expenses: May 1, 2010 through June 30, 2010 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Messenger/Courier | $244.20 |
| Copy/Fax | $52.00 |
| Telephone | $61.38 |
| Postage Amount Due (Expended by GCG on behalf of Settlement Fund for Business Reply Mail, Forwarding Service, and Remails) | $1,000.90 |
| TOTAL EXPENSES: | $1,358.48 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $63,122.46

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3