# Exhibit B



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

# GCG
People. Power. Performance.

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 8/20/2010 | 09450 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $18,976.22 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: July 1, 2010 through July 31, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files | | | |
| Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 102 | $35.70 |
| Remails/Fulfillment of Notice Requests | $0.10 each | --- | --- |
| Process Undeliverable Mail | $0.19 each | 29 | $5.51 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | --- | --- |
| Claims Submission by Mail | $0.25 each | 57 | $14.25 |

1



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | | |
|---|---|---|---|
| Rejection Letters | | $0.95 each | --- |
| Additional Processing of Non-Conforming Claims | | Standard hourly rates | --- |
| Processing of 1,000 Actual Damage Award Claims | | Standard hourly rates | --- |
| Handle & Process Exclusions/Objections | | Standard hourly rates | --- |
| Scan Non-Claim Form Related Mail | | $0.11 per image | --- |
| Document Storage - Electronic | | $0.0008 per image/record per month | 1,572,092 | $1,257.67 |
| Document Storage - Paper | | $1.50 per box per month | 156 | $234.00 |

### CONTACT SERVICES

| | | | |
|---|---|---|---|
| IVR Set-Up | | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | | $0.25 per minute | 22,967.0 | $5,741.75 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | | $0.75 per minute | 11,448.0 | $8,586.00 |
| Monthly Maintenance Charge | | $100.00 per month | 07/01/10 - 07/31/10 | WAIVED |
| Management of Call Center | | Standard hourly rates | 0.5 | $100.00 |

### WEBSITE SERVICES

| | | | |
|---|---|---|---|
| Standard Set-Up & Design | | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | | $200.00 per month | 07/01/10 - 07/31/10 | $200.00 |
| Website Updates | | Standard hourly rates | 1.7 | $204.50 |

### PROJECT MANAGEMENT

| | | | |
|---|---|---|---|
| Project Management | | | 13.4 PM hours | |
| Quality Assurance | | | 4.4 QA hours | $2,392.50 |
| Systems Support | | | --- SS hours | |

| | | |
|---|---|---|
| | **TOTAL FEES:** | **$18,771.88** |

2



**GCG**
People. Power. Performance.℠

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

Expenses: July 1, 2010 through July 31, 2010

| DESCRIPTION | AMOUNT |
|---|---|
| Court Document Retrieval | $47.36 |
| Copy/Fax | $32.20 |
| Telephone | $62.28 |
| Bookkeeping Fees | $62.50 |
| **TOTAL EXPENSES:** | **$204.34** |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $18,976.22

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.