# Exhibit C



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

# GCG
People. Power. Performance.

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 10/20/2010 | 09749 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $24,276.83 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: August 1, 2010 through September 30, 2010

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | | | |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 93 | $32.55 |
| Remails/Fulfillment of Notice Requests | $0.10 each | --- | --- |
| Process Undeliverable Mail | $0.19 each | 9 | $1.71 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | --- | --- |
| Claims Submission by Mail | $0.25 each | 15 | $3.75 |

1



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

GCG℠
People. Power. Performance.℠

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | | |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | | |
| Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | | |
| Handle & Process Exclusions/Objections | Standard hourly rates | | |
| Scan Non-Claim Form Related Mail | $0.11 per image | | |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,572,823 | $1,258.26 |
| Document Storage - Paper | $1.50 per box per month | 159 | $477.00 |

**CONTACT SERVICES**

| | | | |
|---|---|---|---|
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 25,264.0 | $6,316.00 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 17,214.0 | $12,910.50 |
| Monthly Maintenance Charge | $100.00 per month | 08/01/10 - 09/30/10 | WAIVED |
| Management of Call Center | Standard hourly rates | 0.5 | $100.00 |

**WEBSITE SERVICES**

| | | | |
|---|---|---|---|
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 08/01/10 - 09/30/10 | $400.00 |
| Website Updates | Standard hourly rates | 0.3 | $37.50 |

**PROJECT MANAGEMENT**

| | | |
|---|---|---|
| Project Management | | 8.5 PM hours |
| Quality Assurance | | 7.7 QA hours | $2,076.00 |
| Systems Support | | 1.0 SS hours |

| | TOTAL FEES: | $23,613.27 |
|---|---|---|



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| Expenses: August 1, 2010 through September 30, 2010 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Printing/Copying/Facsimile | $48.89 |
| Messenger/Courier | $1.59 |
| Telephone | $103.08 |
| PO Box Renewal | $510.00 |
| TOTAL EXPENSES: | $663.56 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $24,276.83

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3