# Exhibit D



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 11/12/2010 | 09885 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $11,936.13 | Due Upon Receipt |

*GCG Notice and Claims Administration Fees: October 1, 2010 through October 31, 2010*

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files Credit Data Files not used in Mailing | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Receive, Format and Import Data Files | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | $0.35 per address | | |
| Data Entry From Returned Mail and Notice Requests | | 73 | $25.55 |
| Remails/Fulfillment of Notice Requests | $0.10 each | | |
| Process Undeliverable Mail | $0.19 each | 7 | $1.33 |
| **SUMMARY NOTICE** | | | |
| USA TODAY | Quote | | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | | |
| Claims Submission by Mail | $0.25 each | 12 | $3.00 |

1



| Rejection Letters | | $0.95 each | |
|---|---|---|---|
| Additional Processing of Non-Conforming Claims | | Standard hourly rates | |
| Processing of 1,000 Actual Damage Award Claims | | Standard hourly rates | |
| Handle & Process Exclusions/Objections | | Standard hourly rates | |
| Scan Non-Claim Form Related Mail | | $0.11 per image | |
| Document Storage - Electronic | 1,573,177 | $0.0008 per image/record per month | $1,258.54 |
| Document Storage - Paper | 160 | $1.50 per box per month | $240.00 |

### CONTACT SERVICES

| IVR Set-Up | | $2,500.00 | Paid Invoice #07628 |
|---|---|---|---|
| IVR Minutes | 15,495.0 | $0.25 per minute | $3,873.75 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | 6,996.0 | $0.75 per minute | $5,247.00 |
| Monthly Maintenance Charge | 10/01/10 - 10/31/10 | $100.00 per month | WAIVED |
| Management of Call Center | | Standard hourly rates | |

### WEBSITE SERVICES

| Standard Set-Up & Design | | $2,500.00 | Paid Invoice #07628 |
|---|---|---|---|
| Monthly Maintenance Charge | 10/01/10 - 10/31/10 | $200.00 per month | $200.00 |
| Website Updates | 0.6 | Standard hourly rates | $75.00 |

### PROJECT MANAGEMENT

| Project Management | 3.8 PM hours | | |
|---|---|---|---|
| Quality Assurance | 4.4 QA hours | | $924.00 |
| Systems Support | 0.2 SS hours | | |

| | TOTAL FEES: | | $11,848.17 |
|---|---|---|---|

2



**GCG**
People. Power. Performance.℠

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

Expenses: October 1, 2010 through October 31, 2010

| DESCRIPTION | AMOUNT |
|---|---|
| Printing/Copying/Facsimile | $5.80 |
| Court Document Retrieval | $20.40 |
| Telephone | $58.49 |
| Postage | $3.27 |
| **TOTAL EXPENSES:** | **$87.96** |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $11,936.13

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.