Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison S. Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| TERRI N. WHITE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. <br><br> and Related Cases: <br><br> 05-cv-01073-DOC (MLGx) <br> 05-cv-7821-DOC (MLGx) <br> 06-cv-0392-DOC (MLGx) <br> 05-cv-1172-DOC(MLGx) <br> 06-cv-5060-DOC (MLGx) | Case No. 05-CV-1070 DOC (MLGx) <br> (Lead Case) <br><br> **ORDER APPROVING SETTLING PLAINTIFFS' REVISED SUPPLEMENTAL NOTICES** <br><br> The Honorable David O. Carter |

## I. INTRODUCTION AND BACKGROUND

On December 14, 2010, the Court granted the Settling Plaintiffs' Motion for Reconsideration with respect to the re-noticing of the entire notice list in the above-captioned matter. (Dkt. No. 732.) The Court ruled that, in addition to those who previously submitted Actual Damage Award and Convenience Award claims, secondary notice should be sent only to individuals who previously opted out of, or objected to, the settlement. (*Id.* at 9.) On December 22, 2010, in compliance with the Court's December 14, 2010 order, the Settling Plaintiffs filed their Submission Complying with the Court's Order Granting Plaintiffs' Motion for Reconsideration (Dkt. No. 733), which submitted proposed subsequent notices to Convenience Award claimants, Actual Damage Award claimants, and opt-outs and objectors. (*Id.* at Ex. D.)

On January 5, 2011, Defendants filed a Joint Statement Regarding Settling Plaintiffs' Submission Complying with the Court's Order Dated December 14, 2010. (Dkt. No. 734.) On January 10, 2011, the *White* Plaintiffs filed Objections to Settling Plaintiffs' Proposed Supplemental Notice Forms Submitted in Response to the Court's Order Dated December 14, 2010. (Dkt. No. 737.)

Settling Plaintiffs revised the proposed supplemental notices to include both the Defendants' proposed language as well as the *White* Plaintiffs' suggestions, and filed their Notice of Revised Supplemental Notices on January 19, 2011. (Dkt. No. 739.)

## II. APPROVAL OF SUPPLEMENTAL NOTICE

Having reviewed Plaintiffs' Submission Complying with the Court's Order Granting Plaintiffs' Motion for Reconsideration, Defendants' Joint Statement Regarding the Settling Plaintiffs' Submission, the *White* Plaintiffs' Objections to Settling Plaintiffs' Submission, and the Plaintiffs' revised supplemental notices, the Court now FINDS, CONCLUDES, and ORDERS as follows:

The Court approves the form of the revised Supplemental Notices to Convenience Award Claimants, Actual Damage Award Claimants, and opt-outs and objectors that Plaintiffs submitted on January 19, 2011.  (*See* Dkt. No. 739.)

On or before February 15, 2011, the Settlement Administrator shall cause the Supplemental Notices to be mailed to the Convenience Award Claimants, Actual Damage Award Claimants, opt-outs and objectors.

The Cost of sending the secondary notice shall be deducted from whatever fees the Court awards to Settling Plaintiffs' Counsel.

IT IS SO ORDERED,

February 04, 2011

*/s/ David O. Carter*
HON. DAVID O. CARTER