# Exhibit B



815 Western Avenue  
Suite 200  
Seattle, WA 98104  
Phone 206-876-5300  
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 2/17/2011 | 10323 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $12,027.73 | Due Upon Receipt |

### *GCG Notice and Claims Administration Fees: December 1, 2010 through December 31, 2010*

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Receive, Format and Import Data Files | | | |
| Credit Data Files not used in Mailing | | | |
| Receive, Format and Import Data Files | $0.008 each | 15,143,724 records | Paid Invoice #07628 |
| Printing of Notice Packet (3-Panel Tri-Fold Postcard Notice Self-Mailer w/Detachable pre-addressed with postage pre-paid Claim Form) | $0.04955 each | 15,143,724 | Paid Invoice #07628 |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 93 | $32.55 |
| Remails/Fulfillment of Notice Requests | $0.10 each | ----- | ----- |
| Process Undeliverable Mail | $0.19 each | ----- | ----- |
| **SUMMARY NOTICE** | | | |
| USA TODAY | | Quote | Paid Invoice #07854 |
| **CLAIM VALIDATION** | | | |
| Online Claims Submission | $0.19 each | ----- | ----- |
| Claims Submission by Mail | $0.25 each | 6 | $1.50 |



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | | |
|---|---|---|---|
| Rejection Letters | $0.95 each | ----- | ----- |
| Additional Processing of Non-Conforming Claims | Standard hourly rates | ----- | ----- |
| Processing of 1,000 Actual Damage Award Claims | Standard hourly rates | ----- | ----- |
| Handle & Process Exclusions/Objections | Standard hourly rates | ----- | ----- |
| Scan Non-Claim Form Related Mail | $0.11 per image | ----- | ----- |
| Document Storage - Electronic | $0.0008 per image/record per month | 1,573,694 | $1,258.96 |
| Document Storage - Paper | $1.50 per box per month | 160 | $240.00 |

| | | | |
|---|---|---|---|
| **CONTACT SERVICES** | | | |
| IVR Set-Up | $2,500.00 | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 12,186.0 | $3,046.50 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 4,176.0 | $3,132.00 |
| Monthly Maintenance Charge | $100.00 per month | 12/01/10 - 12/31/10 | WAIVED |
| Management of Call Center | Standard hourly rates | ----- | ----- |

| | | | |
|---|---|---|---|
| **WEBSITE SERVICES** | | | |
| Standard Set-Up & Design | $2,500.00 | | Paid Invoice #07628 |
| Monthly Maintenance Charge | $200.00 per month | 12/01/10 - 12/31/10 | $200.00 |
| Website Updates | Standard hourly rates | 1.0 | $113.00 |

| | | | |
|---|---|---|---|
| **PROJECT MANAGEMENT** | | | |
| Project Management | | 18.1 PM hours | |
| Quality Assurance | | 9.2 QA hours | $3,863.50 |
| Systems Support | | ----- SS hours | |

| | | |
|---|---|---|
| **TOTAL FEES:** | | **$11,888.01** |


815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| Expenses: December 1, 2010 through December 31, 2010 | |
|---|---:|
| DESCRIPTION | AMOUNT |
| Printing/Copying/Facsimile | $42.20 |
| Messenger/Courier | $1.44 |
| Bookkeeping Fees | $31.25 |
| Project Supplies/Equipment | $34.98 |
| Telephone | $29.85 |
| TOTAL EXPENSES: | $139.72 |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):**

$12,027.73

**Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.**