# Exhibit A



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

# GCG
## People. Power. Performance.℠

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 2/11/2011 | 10311 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $350,717.48 | Due Upon Receipt |

## GCG Notice and Claims Administration Fees: Supplemental Notice Mailing

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Printing of Notice Packet (2-page Convenience Self-Mailer) | $0.070 each | 274,970 | $19,247.90 |
| Printing of Notice Packet (4-page Actual Damage Self-Mailer) | $0.112 each | 495,699 | $55,518.29 |
| Printing of Notice Packet (4-page Opt Out & Objection Self-Mailer) | $0.112 each | 1,069 | $119.73 |
| **TOTAL FEES:** | | | **$74,885.92** |

Expenses: Supplemental Notice Mailing

| DESCRIPTION | AMOUNT |
|---|---|
| Postage | $275,831.56 |
| **TOTAL EXPENSES:** | **$275,831.56** |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):** $350,717.48

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C #1500237410. Thank you.

1