# Exhibit B



| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 5/6/2011 | 10718 | WHE | Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Terri N. White, et al v. Experian Information Solutions, Inc | $216,567.43 | Due Upon Receipt |

## GCG Supplemental Notice and Claims Administration Fees: January 1, 2011 through April 30, 2011

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice | |
|---|---|---|---|---|
| **SUPPLEMENTAL DISSEMINATION OF NOTICE** | | | | |
| Printing of Notice Packet (2-page Convenience Self-Mailer) | $0.070 each | 274,970 | | Billed Invoice #10311 |
| Printing of Notice Packet (4-page Actual Damage Self-Mailer) | $0.112 each | 495,699 | | Billed Invoice #10311 |
| Printing of Notice Packet (4-page Opt Out & Objection Self-Mailer) | $0.112 each | 1,069 | | Billed Invoice #10311 |
| Data Entry From Returned Mail and Notice Requests | $0.35 per address | 3,621 | $1,267.35 | |
| Remails/Fulfillment of Notice Requests | $0.10 each | 4,869 | $486.90 | |
| Process Undeliverable Mail | $0.19 each | 19,159 | $3,640.21 | |
| **SUPPLEMENTAL CLAIM VALIDATION** | | | | |
| Online Claims Submission | $0.19 each | 13,461 | $2,557.59 | |
| Claims Submission by Mail | $0.25 each | 35,666 | $8,916.50 | |
| **CONTACT SERVICES** | | | | |
| IVR Set-Up | $2,500.00 | | | Paid Invoice #07628 |
| IVR Minutes | $0.25 per minute | 222,582.0 | $55,645.50 | |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.75 per minute | 172,098.0 | $129,073.50 | |
| Monthly Maintenance Charge | $100.00 per month | 01/01/11 - 04/30/11 | WAIVED | |
| Management of Call Center | Standard hourly rates | ----- | ----- | |

1



**815 Western Avenue**
**Suite 200**
**Seattle, WA 98104**
**Phone 206-876-5300**
**Fax 206-876-5201**

| PROJECT MANAGEMENT | | |
|---|---|---|
| Project Management | 37.7 PM hours | |
| Quality Assurance | 25.9 QA hours | $10,481.00 |
| Systems Support | 15.9 SS hours | |

| | **TOTAL FEES:** | **$212,068.55** |
|---|---|---|

| Expenses: January 1, 2011 through April 30, 2011 | | |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| Printing/Copying/Facsimile | | $541.60 |
| Court Document Retrieval | | $74.16 |
| Postage | | $2,120.82 |
| Project Supplies/Equipment | | $216.31 |
| NCOA Searches | | $1,504.54 |
| Messenger/Courier | | $30.39 |
| IVR Translation | | $11.06 |
| | **TOTAL EXPENSES:** | **$4,498.88** |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):** <u>**$216,567.43**</u>

**Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.**

2