DANIEL WOLF LAW OFFICES
Daniel Wolf (admitted *pro hac vice*)
1220 N Street, NW, Suite PH 2
Washington, DC 20005
Telephone:  202.842.2170
Email:   dan@danielwolflaw.com

CHARLES JUNTIKKA & ASSOCIAITES LLP
Charles Juntikka (admitted *pro hac vice*)
1250 Broadway, 24th Floor
New York, NY 10001
Telephone:  212.315.3755
Facsimile:  212.315.9032
Email:    charles@cjalaw.com

Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Southern Division)

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants.<br><br>and Related actions. | **CASE NO. 05-CV-1070 DOC (MLGx) (Lead Case)**<br><br>**SUPPLEMENTAL STATEMENT OF DANIEL WOLF AND CHARLES JUNTIKKA REGARDING COSTS IN CONNECTION WITH INJUNCTIVE RELIEF SETTLEMENT** |

In its order, dated July 20, 2011 (Dkt/ # 775), this Court issued an order denying all Class Counsel reimbursement for the costs they incurred in connection with the Injunctive Relief Settlement "without prejudice to [their] ability to submit a renewed request for costs, accompanied by a proper accounting, within 10 days of the entrance of this Order." As two of the Class Counsel who are entitled to fees and costs in connection with the Injunctive Relief Settlement, Charles Juntikka and Daniel Wolf submit this supplemental statement to provide the accounting that the Court has requested.

Together, Mr. Wolf and Mr. Juntikka seek reimbursement of $57,238 in costs that they incurred in connection with the Injunctive Relief Settlement.[1]

As set forth in Mr. Wolf's declaration, his un-reimbursed expenses incurred in connection with the Injunctive Relief Settlement fall into two categories: travel expenses (*e.g.*, air fares, hotel accommodation, ground transport and meals away) and computerized research costs. (Declaration of Daniel Wolf, sworn to Aug. 1, 2011, ¶ 2.) Mr. Wolf's travel expenses in connection with the Injunctive Relief Settlement come to $14,005.50 (*id.* ¶¶ 4-7) and are his computerized research costs total $4,391.50. (*Id.* ¶ 8.) Details regarding the itemization of Mr. Wolf's expenses are set forth in Exhibit A to his declaration. *Id.*

As set forth in Mr. Juntikka's declaration, the unreimbursed expenses that he incurred in connection with the Injunctive Relief Settlement fall into three categories: the purchase of credit reports, the postage costs for certified mail and return receipt requests associated with obtaining credit reports and disputing errors on said reports and travel expenses. (Declaration of Charles W. Juntikka, sworn to Aug. 1, 2011, ¶ 2.) The total cost of the credit reports Mr. Juntikka purchased and that is allocable to the Injunctive Relief Settlement is $10,919. (*Id.* ¶ 3.) The

---

[1] This amount is $4,409 less than the $61,647 amount in combined costs Messrs. Wolf and Juntikka claimed in their Statement Regarding Rights To Attorneys Fees In Connection With Injuctive Relief Settlement, filed Dec. 21, 2009 (Dkt. # 572). The reason for the lower amount is that Mr. Juntikka has been unable to locate certain records relating to the procurement of credit reports.

1

postage costs he incurred in connection with the procurement of those reports comes to $ 17,069. (*Id.* ¶ 4.) Finally, Mr. Juntikka's travel expenses total $10,852. (*Id.* ¶ 5.) Details regarding the itemization of Mr. Juntikka's expenses are set forth in Exhibits A, B and C to his declaration. *Id.*

Accordingly, Messr. Wolf's and Juntikka's claim for unreimbursed costs in connection with the Injunctive Relief Settlement comes to a combined total of $57,238.

DATED: August 1, 2011        **DANIEL WOLF LAW OFFICES**

By   /s/ Daniel Wolf
     Daniel Wolf


CHARLES JUNTIKKA & ASSOCIATES LLP
Charles Juntikka


Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated

S:\wpdata\7512001\Objections - 12.4.doc