**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 05-1070 DOC (MLGx)                                       Date: August 5, 2011

Title: TERRI N. WHITE et. al. v. EXPERIAN INFORMATION SOLUTIONS, INC. et. al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING COUNSELS' MOTION FOR REIMBURSEMENT OF COSTS FOR MONETARY RELIEF SETTLEMENT

  On July 15, 2011, the Court issued an Order Granting in Part and Denying in Part a Motion for Attorneys Fees and Costs for counsel associated with the monetary relief settlement reached in the above-captioned case.  [Docket 774].  Counsel from the following law firms participated in the negotiation and prosecution of the monetary relief settlement:  Caddell & Chapman; Consumer Litigation Associates; Leiff Cabraser Heimann & Bernstein, National Consumer Law Center; Callahan, Thompson, Sherman & Caudill (collectively, "Monetary Relief Class Counsel").  The Court denied Monetary Relief Class Counsel's request for reimbursement of costs without prejudice, finding that the request was not supported by an adequate accounting.  On July 29, 2011, Monetary Relief Class Counsel submitted additional declarations sufficiently accounting for the costs requested.

  Accordingly, the Court now GRANTS Monetary Relief Class Counsel's request for reimbursement of $678,521.98 in costs.

  The Clerk shall serve this minute order on all parties to the action.