# Exhibit A



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 9/7/2011 | 11301 |
| PERIOD START | THROUGH DATE |
| 5/1/2011 | 8/31/2011 |

WHE Settlement Fund pursuant to Paragraph 4.4 of Settlement Agreement and Release

| Project Name: White, et al. v. Experian Information Solutions, Inc. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Supplemental Dissemination Notice** | | | |
| Printing of Notice Packet (2-page Convenience Self-Mailer) | 274,970 | $0.07 each | Billed Invoice 10311 |
| Printing of Notice Packet (4-page Actual Damage Self-Mailer) | 495,699 | $0.112 each | Billed Invoice 10311 |
| Printing of Notice Packet (4-page Opt Out & Objection Self-Mailer) | 1,069 | $0.112 each | Billed Invoice 10311 |
| Data Enter Names and Addresses | 1,255 | $0.35 each | $439.25 |
| Remails | ----- | $0.10 each | ----- |
| Process Undeliverables | 717 | $0.19 each | $136.23 |
| **Supplemental Claim Validation** | | | |
| Online Claim Submission | ----- | $0.19 each | ----- |
| Claims Submission by Mail | ----- | $0.25 each | ----- |
| **Contact Services** | | | |
| IVR Set-Up Fee | | WAIVED | WAIVED |
| IVR Minutes | 59,993 | $0.23 per minute | $13,798.39 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | 48,594 | $0.75 per minute | $36,445.50 |
| Monthly Maintenance Fee | | WAIVED | WAIVED |
| Management of Call Center | 83.7 hrs | Standard hourly rates | $8,775.00 |

1



**INVOICE**

| Project Name: White, et al. v. Experian Information Solutions, Inc. ||||
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Website Services** | | | |
| Monthly Maintenance Fee | | WAIVED | WAIVED |
| Website Updates | 4.8 hrs | Standard hourly rates | $600.00 |
| **Project Management** | | | |
| Project Management | 74.1 hrs | Standard hourly rates | $18,164.00 |
| Quality Assurance | 39.1 hrs | | |
| Systems Support | 12.4 hrs | | |
| **Total Fees:** | | | $78,358.37 |
| **Total Project Expenses:** | | | $4,154.95 |
| **Grand Total:** | | | **$82,513.32** |

| Project Name: White, et al. v. Experian Information Solutions, Inc. ||
|---|---|
| Description | Amount |
| **Project Expenses** ||
| For the period: May 1, 2011 through August 31, 2011 ||
| P.O. Box Rental | $535.00 |
| Printing, Copy, Fax Charges | $2,463.60 |
| Project Supplies/Equipment | $108.92 |
| Messenger/Courier | $114.13 |
| Court Document Retrieval | $19.52 |
| Postage | $28.78 |
| Bookeeping Services | $35.00 |
| Translation | $850.00 |
| **Total:** | **$4,154.95** |



# INVOICE

| Please Remit To: | | |
|---|---|---|
| The Garden City Group, Inc.<br>815 Western Ave, Ste 200<br>Seattle, WA 98104 | – Or – | The Garden City Group, Inc.<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1500237410<br>Tax ID # - 11-3235454<br>Swift Code - SIGNUS33 |