UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| TERRI N. WHITE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. <br><br> **AND RELATED CASES** | Case No. 05-CV-1070 DOC (MLGx) (Lead Case) <br><br> AND RELATED CASES 05-CV-1073, 05-CV-7821, 06-CV-3924, 05-CV-1172, 06-CV-5060 <br><br> Assigned for all purposes to the Honorable Judge David O. Carter <br><br> **ORDER REGARDING THE AMOUNT OF ATTORNEYS' FEES AWARDED IN CONNECTION WITH THE INJUNCTIVE RELIEF SETTLEMENT** |

Whereas, on July 15, 2011, the Court issued an Order Granting in Part and Denying in Part a Motion for Attorneys Fees and Costs associated with the injunctive relief settlement reached in the above-captioned case, which awarded fees to Injunctive Relief Class Counsel in the amount to $5,671,778.68, service fees in the total amount of $22,500 and allowed Injunctive Relief Class Counsel leave to submit additional support for their requested costs;

Whereas, on August 5, 2011, the Court issued an Order Granting Counsels' Motion for Reimbursement of Costs for Injunctive Relief Settlement and awarded costs totaling $362,959.37;

Whereas, the Settlement Agreement Re: Injunctive Relief Fees (Doc. No. 413-2), § 4.2, provides that the Defendants shall not be obligated to pay any amount in excess of $6,000,000 ($2,000,000 per Defendant) as fees, costs and service awards in connection with the Injunctive Relief Settlement; and

Whereas, the Court's Orders of July 15, 2011 and August 5, 2011, taken together, award fees, costs and service awards in connection with the Injunctive Relief Settlement in an amount in excess of $6,000,000,

IT IS HEREBY ORDERED

Notwithstanding the Court's Order of July 15, 2011, the amount of Attorneys' Fees awarded in connection with the Injunctive Relief Settlement is and shall be $5,614,540.63.

DATED: September 10, 2011

*David O. Carter*
DAVID O. CARTER
United States District Judge