Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant.<br><br>and Related Cases:<br><br>05-CV-01073-DOC (MLGx)<br>05-CV-7821-DOC (MLGx)<br>06-CV-0392-DOC (MLGx)<br>05-cv-1172-DOC(MLGx)<br>06-cv-5060-DOC (MLGx) | Case No. 05-CV-1070 DOC (MLGx)<br>(Lead Case)<br><br>**NOTICE AND REQUEST FOR ENTRY OF CORRECTED JUDGMENT**<br><br><br>The Honorable David O. Carter |

1    On October 28, 2011, the Settling Parties filed a Stipulation for Entry of Judgment and a [Proposed] Judgment Regarding Monetary Relief Claims (Docket Nos. 849, 849-1). On November 4, 2011, the Court entered the Judgment Regarding Monetary Relief Claims (Docket No. 850).

Due to a clerical error, Exhibit A to the [Proposed] Judgment Regarding Monetary Relief Claims--which is expressly referenced in the Judgment and lists the members of the Rule 23(b)(3) Settlement Class who filed timely requests to be excluded from the Settlement Class ("Excluded Class Members")--was inadvertently excluded from the proposed Judgment that was filed, and thus was not included in the Court's Judgment entered on November 4, 2011.

By this filing, counsel respectfully request that the Court enter the Corrected Judgment Regarding Monetary Relief Claims filed herewith, which includes the previously excluded Exhibit A and is otherwise identical to the Judgment the Court entered on November 4, 2011(Docket No. 850).

Respectfully submitted,

Dated: November 9, 2011         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: */s/ Michael W. Sobol*
         Michael W. Sobol

Michael W. Sobol
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for the Plaintiff Class*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  

Michael A. Caddell  
Cynthia B. Chapman  
George Y. Niño  
CADDELL & CHAPMAN  
1331 Lamar, Suite 1070  
Houston, TX  77010  
Telephone:  (713) 751-0400  
Facsimile:  (713) 751-0906  

*Counsel for the Plaintiff Class*

Lee A. Sherman  
CALLAHAN THOMPSON SHERMAN & CAUDILL, LLP  
2601 Main Street, Suite 800  
Irvine, CA 92614  
Telephone: (949) 261-2872  

*Counsel for the Plaintiff Class*

948069.1