1   CHARLES JUNTIKKA &
    ASSOCIATES LLP
2   Charles Juntikka (admitted *pro hac vice*)
    1250 Broadway, 24th Floor
3   New York, NY 10001
    Telephone:  212.315.3755
4   Facsimile:   212.315.9032
    Email:        charles@cjalaw.com
5
    DANIEL WOLF LAW OFFICES
6   Daniel Wolf (admitted *pro hac vice*)
    1220 N Street, NW, Suite PH 2
7   Washington, DC 20005
    Telephone:  202.842.2170
8   Email:        dan@danielwolflaw.com

9        Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon,
         Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Southern Division)

| | |
|---|---|
| TERRI N. WHITE, *et al.*,<br><br>             Plaintiffs,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant.<br><br>And Related Actions. | **Case No. 05-CV-1070 DOC (MLGx) (Lead Case)**<br><br>**[PROPOSED] ORDER GRANTING THE *WHITE* PLAINTIFFS AND THE *WHITE* PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES** |

Upon consideration of the *White* Plaintiffs and the *White* Plaintiffs' counsel's Motion for Attorneys' Fees, and good cause having been shown, IT IS HEREBY ORDERED as follows:

The filing of further submissions in connection with this motion and any ruling thereon is deferred pending final resolution of the White Plaintiffs' appeal of the Court's order approving the Monetary Relief Settlement.

IT IS SO ORDERED.

DATED: _____     _____

Hon. David O. Carter
United States District Court Judge