UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 05-1070 DOC (MLGx)                                         Date: January 17, 2012

Title: TERRI N. WHITE, ET AL. -V- EXPERIAN INFORMATION, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                      NONE PRESENT

PROCEEDING (IN CHAMBERS):       TAKING MATTER UNDER SUBMISSION

      Before the Court is Settling Plaintiffs' Motion for Reconsideration of Order Deferring Ruling on the White Plaintiffs' Counsel's Motion for Attorneys' Fees (Docket 856).  The Court finds this matter appropriate for decision without oral argument.  Fed.R.Civ. P. 78; Local Rule 7-15.

      Accordingly, the hearing set for January 23, 2012 at 8:30 a.m. is removed from the calendar.  Parties will be served with the Court's ruling.

      The Clerk shall serve a copy of this minute order on counsel for all parties in this action.