BOIES, SCHILLER & FLEXNER LLP
George F. Carpinello
Adam R. Shaw
10 North Pearl Street
Albany, NY 12207
Telephone: 518.434.0600
Facsimile: 518.434.0665
Email: gcarpinello@bsfllp.com
ashaw@bsfllp.com
(admitted *pro hac vice*)

David L. Zifkin (SBN 232845)
401 Wilshire Boulevard
Suite 850
Santa Monica, CA 90401
Telephone: 310.752.2400
Facsimile: 310.752.2409
Email: dzifkin@bsfllp.com

CHARLES JUNTIKKA & ASSOCIATES LLP
Charles Juntikka
1250 Broadway, 24th Floor
New York, NY 10001
Telephone: 212.315.3755
Facsimile: 212.315.9032
Email: charles@cjalaw.com
(admitted *pro hac vice*)

DANIEL WOLF LAW OFFICES
Daniel Wolf
1220 N Street, NW, Suite PH 2
Washington, DC 20005
Telephone: 202.842.2170
Email: dan@danielwolflaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants.<br><br>and Related actions. | CASE NO. SA 05-CV-1070 DOC (MLGx) (Lead Case)<br>Assigned to the Hon. David O. Carter |

**DECLARATION OF CHARLES JUNTIKKA**

I, CHARLES JUNTIKKA, declare that:

1. I am co-counsel for, Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, and Arnold E. Lovell (the "*White* Plaintiffs") in the above-captioned matter. I make this declaration based on my personal knowledge and in support of *White* Plaintiffs' Motion to Disqualify Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of what the *White* Plaintiffs obtained in discovery in this action, showing that the Settling Counsel modified the Settlement Agreement on April 16, 2009, to add a provision (¶ 7.4) to provide an incentive award only to those class representatives supporting the Settlement.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Settlement Agreement produced to the *White* Plaintiffs on April 16, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the November 9, 2009 Hearing Transcript.

5. Attached hereto as Exhibit D is a true and correct copy of an article published in Forbes titled "Lawyers Shove Their 'Clients' Aside as They Fight Over Experian Settlement," dated May 10, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of an article published on the Courthouse News Service titled "Incentive Awards Upend Credit Reporting Deal," by Tim Hall, dated April 22, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June, 2013.

*Charles Juntikka*

-2-

DECLARATION OF CHARLES JUNTIKKA