Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

TERRI N. WHITE, et al.,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

and Related Cases:

05-CV-01073-DOC (MLGx)
05-CV-7821-DOC (MLGx)
06-CV-0392-DOC (MLGx)
05-cv-1172-DOC(MLGx)
06-cv-5060-DOC (MLGx)

Case No. 05-CV-1070 DOC (MLGx)
(Lead Case)

**NOTICE OF MOTION AND CROSS-MOTION TO APPOINT INTERIM CLASS COUNSEL**

Date: August 19, 2013
Time: 8:30 am
Courtroom 9D
Judge: Honorable David O. Carter

**PLEASE TAKE NOTICE** that on August 19, 2013,[1] at 8:30 am, or as soon thereafter as the matter may be heard, Lieff, Cabraser, Heimann & Bernstein, LLP, Caddell & Chapman, National Consumer Law Center, Consumer Litigation Associates, P.C., Callahan, Thompson, Sherman & Caudill, Francis & Mailman, P.C., and Public Justice, P.C. ("*Hernandez* Counsel") will, and hereby do, move this court to appoint them to serve as interim class counsel.

This motion is made pursuant to Federal Rule of Civil Procedure 23(g). Because *Hernandez* Counsel have superior FCRA and class action experience and have done the vast majority of the work in this case, they are best suited to represent the class. This motion is based on this notice of motion, the accompanying memorandum of points and authorities and the declarations and exhibits attached thereto, prior pleadings and papers filed in this action, and argument of counsel that may be presented at the hearing.

This motion is made following the conference of counsel which took place on July 12, 2013.

[1] In order to comply with the local rules and provide 28 days notice of this motion, *Hernandez* Counsel has noticed this cross-motion for August 19. (*See* L.R. 6-1.) *Hernandez* Counsel understand that *White* Counsel's motion to appoint interim counsel is currently noticed for August 5. The parties have agreed that *White* Counsel's motion to appoint interim counsel and *Hernandez* Counsel's cross-motion to appoint interim counsel should be heard on the same date and have agreed to continue to meet and confer in good faith regarding a mutually agreeable date for a combined hearing. Counsel will advise the Court when agreement has been reached so that the Court may schedule the hearing(s) as it deems appropriate.

Dated: July 15, 2013

Respectfully submitted,

By: /s/ Michael W. Sobol

Michael W. Sobol (SBN 194857)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Stuart T. Rossman (BBO No. 430640)
(srossman@nclc.org)
Charles M. Delbaum (BBO No. 543225)
(cdelbaum@nclc.org)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston MA 02110
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Leonard A. Bennett (VSB No. 37523)
(lenbennett@cavtel.net)
Matthew Erausquin (VSB No. 65434)
(matt@clalegal.com)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News VA 23606
Telephone: (757) 930 3660
Facsimile: (757) 930-3662

James A. Francis
Mark Mailman
John Soumilas
FRANCIS & MAILMAN
100 South Broad St., 19th Floor
Philadelphia PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Arthur H. Bryant
F. Paul Bland
PUBLIC JUSTICE, P.C.
555 12th Street, Suite 1230
Oakland CA 94607
Telephone: (510) 622-8150
Facsimile: (510) 622-8155

*Attorneys for Hernandez Plaintiffs*

Lee A. Sherman (SB No. 172198)
CALLAHAN, THOMPSON, SHERMAN & CAUDILL
2601 Main St., Suite 800
Irvine CA 92614
Telephone: (714) 730-5700
Facsimile: (714) 730-1642

*Attorneys for Acosta/Pike Plaintiffs*

**CERTIFICATE OF CONFERENCE**

On July 12, 2013, Michael Caddell and I met and conferred with counsel for the *White* Plaintiffs, George Carpinello and Adam Shaw, by telephone. Mr. Carpinello and Mr. Shaw advised that the *White* Plaintiffs oppose the relief requested in this Motion. In subsequent communications, the parties agreed that *White* Counsel's motion to appoint interim counsel and *Hernandez* Counsel's cross-motion to appoint interim counsel should be heard on the same date; however, the parties have not yet reached agreement on a mutually convenient date. In order to comply with the local rules and provide 28 days notice of this motion, (*see*, L.R. 6-1), *Hernandez* Counsel has noticed the cross-motion for August 19. The parties have agreed to meet and confer in good faith regarding a mutually agreeable date for a combined hearing and will promptly advise the Court when they have reached agreement so that the Court may schedule the hearing(s) as it deems appropriate.

/s/ Cynthia B. Chapman
Cynthia B. Chapman

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2013, the foregoing document was filed electronically with the Court using the CM/ECF system, which sent notification of that filing to all counsel of record.

/s/ Cynthia B. Chapman
Cynthia B. Chapman