Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| TERRI N. WHITE, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>     Defendant. <br><br> and Related Cases: <br><br> 05-CV-01073-DOC (MLGx) <br> 05-CV-7821-DOC (MLGx) <br> 06-CV-0392-DOC (MLGx) <br> 05-cv-1172-DOC(MLGx) <br> 06-cv-5060-DOC (MLGx) | Case No. 05-CV-1070 DOC (MLGx) <br> (Lead Case) <br><br> **DECLARATION OF CHARLES DELBAUM IN SUPPORT OF RESPONSE TO MOTION TO APPOINT INTERIM COUNSEL AND CROSS-MOTION TO APPOINT INTERIM COUNSEL AND IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY COUNSEL** |

I, Charles Delbaum, declare as follows:

1. I am a senior attorney at the National Consumer Law Center in Boston, Massachusetts, where I have been employed since 2005. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so. I submit this declaration in support of *Hernandez* Counsels' oppositions to *White* Counsels' motions to disqualify and to serve as interim class counsel.

2. I graduated from Harvard Law School in 1971 and Amherst College (B.A., *cum laude*) in 1968.

3. I was admitted to practice before the Massachusetts Supreme Judicial Court in 1973, the Ohio Supreme Court in 1974, and the Louisiana Supreme Court in 1993 (the latter two admissions are on voluntary inactive status), and have also been admitted to practice before the United States District Courts for Massachusetts, the Northern District of Ohio, the Eastern and Western Districts of Louisiana, as well as the Sixth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, and the Federal Circuit.

4. From 1971 to 1973, I served as a law clerk to the Hon. Malcolm Muir, U.S. District Court, M.D. Pa.

5. From 1973 to 1975, I was an associate engaged in general trial practice at Berkman, Gordon and Kancelbaum, Cleveland, Ohio.

6. From 1975 to 1979, I was a staff attorney in the law reform division of the Cleveland Legal Aid Society was lead or co-counsel in several class actions on behalf of nursing home patients, residents of mental health facilities, and prisons, including *Jane Resident v. Emmanuel Family Training Center, Inc.*, CCH Medicaid Medicare Guide para. 29,908, U.S. Dist. Ct. (N.D. Ohio 1978) and *Register v. Denton*, No.1:78-cv-01680-DDD, U.S. Dist. Ct. (N.D. Ohio).

- 1 -

DELBAUM DECLARATION ISO RESPONSE TO MOTION TO APPOINT INTERIM COUNSEL AND CROSS-MOTION TO APPOINT INTERIM COUNSEL AND IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY COUNSEL
CASE NO. 05-CV-1070 DOC

1      7. From 1979 to 1992, I was a partner in the firm of Stege, Delbaum and Hickman, Cleveland, Ohio engaged in general civil trial practice, including conducting a dozen jury trials as lead counsel.

    8. From 1992 to 2005, I was Director of Litigation and Advocacy at New Orleans Legal Assistance and lead or co-counsel in several class actions, until congressional restrictions prohibited such representation in 1996, including *Blanchard v. Forrest*, 71 F.3d 1163 (5th Cir. 1996) (retroactive Medicaid benefits); cert. denied, 116 S.Ct. 2540 (1996); *Wiggins vs. HANO*, No. 93 1319, U.S. Dist. Ct. (E.D. La.)(public housing tenants' rights); *Tubre v. RTA*, No. 93 4124, U.S. Dist. Ct. (E.D.La.)(transportation services for disabled individuals); *Dugas v. Hoffpauir*, No. 93-1699, U.S. Dist. Ct. (W.D. La.) (social security disability determination process).

    9. While at New Orleans Legal Assistance, I also supervised the Tulane Law School consumer/foreclosure clinic, co-authored a chapter on Louisiana Consumer Law for the 2001 and 2005 Louisiana Legal Services Desk books, and presented on various consumer topics at numerous CLEs.

    10. I am a co-editor of and a contributing author to the most recent editions of the following manuals published by NCLC: Consumer Class Actions, Fair Debt Collection, Credit Discrimination and Fair Credit Reporting. I have been a presenter at numerous NCLC and other national conferences on Class Action Developments and Fair Debt Collection and Fair Credit Reporting issues. I have been joint coordinator of and moderator at the annual NCLC Consumer Class Action Symposium for the past seven years.

    11. From 2007-2009, I served as a consultant on consumer law topics at the Sandra Day O'Connor School of Law legal clinic at Arizona State University.

    12. I am, or have been, co-counsel in numerous consumer class action cases, including but not limited to *In Re Washington Mutual Overdraft Protection Litigation*, Case No. 03-2566 ABC, U.S. D. Ct. Central District of California; *Duff*

- 2 -

1 *v. Washington Mutual Bank*, Case No. 2:04-cv-2309 JLR, U.S. D. Ct. Western
2 District of Washington at Seattle; *Hood v. Santa Barbara Bank & Trust*, Case No.
3 1156354, Superior Court of the State of California (Santa Barbara County)
4 (settlement approved and final judgment entered); *Pettway v. Harmon Law Offices,*
5 *P.C.*, Case No. 03-10932-RCL, U.S. D. Ct . (D. Mass.) (settlement approved and
6 final judgment entered); *Mogel v. UNUM Life Insurance Company of America*,
7 Case No. 07-cv-10955-NMG, U.S. D. Ct. (D. Mass.) (settlement approved and final
8 judgment entered); *Blake v. Riddle and Wood*, Case No. 08-12033 (D. Mass.)
9 (settlement approved and final judgment entered); *Tammaro v. Direct Federal*
10 *Credit Union*, Case NO. 08-5508-BLS2 (Ma. Superior Court) (settlement approved
11 and final judgment entered); *Yourke v. Bank of America*, Case No. 09-487100 (Cal.
12 Sup. Court, San Francisco) (settlement approved and final judgment entered);
13 *Rodriguez v. Chase Bank USA*, Case No. 09-10614 (D. Mass.); *Ramirez v.*
14 *Greenpoint Mortgage Funding*, Case No. 08-369 (N.D. Cal.) (settlement approved
15 and final judgment entered); *Alleyne v. Flagstar, et al.*, Case No. 07-12128, U.S. D.
16 Ct. District of Massachusetts; *Puello v. Citifinancial/Citigroup*, Case No. 08-10417,
17 U.S. D. Ct. District of Massachusetts (settlement approved and final judgment
18 entered); *Barrett v. Option One/ H& R Block Bank*, Case No. 08-10157, U.S. D. Ct.
19 District of Massachusetts; *Faber v. Metropolitan Life Insurance Company*, Civ.
20 Act. No.: 08 Civ. 10588, U.S. D. Ct. Southern District of New York; *Vander*
21 *Luitgaren v. Sun Life Assurance Company, et al.*, Case No. 09-CV-11410, U.S. D.
22 Ct. District of Massachusetts; *Powell-Perry v. Branch Banking & Trust, Inc., et al.*,
23 C.A. 1:09-cv-619, U.S. D. Ct. Middle District of North Carolina; *Bosque v. Wells*
24 *Fargo Bank, N.A.*, Civil Action No. 10-10311, U.S. D. Ct. District of
25 Massachusetts; *Durmic v. J.P. Morgan Chase Bank, N.A.*, Civil Action No. 10-
26 10380, U.S. D. Ct. District of Massachusetts; *Johnson v. BAC Home Loans*
27 *Servicing , LP*, Civil Action No. 10-10316, U.S. D. Ct. District of Massachusetts;
28

- 3 -

DELBAUM DECLARATION ISO RESPONSE TO MOTION TO APPOINT
INTERIM COUNSEL AND CROSS-MOTION TO APPOINT INTERIM
COUNSEL AND IN SUPPORT OF OPPOSITION TO MOTION TO
DISQUALIFY COUNSEL
CASE NO. 05-CV-1070 DOC

1  *Fritz v. Resurgent Capital Services, LP*, Case Number 1:11-cv-03300-FB-VVP
2  (E.D. N.Y.).
3     13.   I am the author of the litigation chapter (Chapter 11) in National
4  Consumer Law Center, Fair Credit Reporting (7th Ed. 2010 and supp.).
5     14.   The Court previously appointed me, in these cases, as class counsel for
6  the Rule 23(b)(3) Settlement Class and as class counsel for the Rule 23(b)(2)
7  Settlement Class.  I remain ready, willing, and able to commit the resources
8  necessary to continue to pursue the best result possible for the class.

10     I declare under penalty of perjury that the foregoing is true and correct and
11  that this Declaration was signed in San Francisco, California, on July 15, 2013.

/s/ Charles Delbaum
Charles Delbaum

- 4 -

DELBAUM DECLARATION ISO RESPONSE TO MOTION TO APPOINT
INTERIM COUNSEL AND CROSS-MOTION TO APPOINT INTERIM
COUNSEL AND IN SUPPORT OF OPPOSITION TO MOTION TO
DISQUALIFY COUNSEL
CASE NO. 05-CV-1070 DOC