1

2  BOIES, SCHILLER & FLEXNER LLP          CHARLES JUNTIKKA &
   George F. Carpinello                   ASSOCIATES LLP
3  Adam R. Shaw                           Charles Juntikka (admitted *pro hac vice*)
   30 South Pearl Street                  1250 Broadway, 24th Floor
4  Albany, NY 12207                       New York, NY 10001
   Telephone:  518.434.0600               Telephone:  212.315.3755
5  Facsimile:  518.434.0665               Facsimile:  212.315.9032
   Email:      gcarpinello@bsfllp.com     Email:      charles@cjalaw.com
6              ashaw@bsfllp.com
   (admitted *pro hac vice*)              DANIEL WOLF LAW OFFICES
7                                         Daniel Wolf (admitted *pro hac vice*)
   David L. Zifkin (SBN 232845)           1220 N Street, NW, Suite PH 2
8  401 Wilshire Blvd., Suite 850          Washington, DC 20005
   Santa Monica, CA  90401                Telephone:  202.842.2170
9  Telephone:  310.752.2400               Email:      dan@danielwolflaw.com
   Facsimile:  310.752.2490
   Email:      dzifkin@bsfllp.com

10

11  Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C.
    Seale, III, Arnold E. Lovell, and all others similarly situated.

12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

15

16  TERRI N. WHITE, et al.,               CASE NO. SA 05-CV-1070 DOC
                                          (MLGx) (Lead Case)
17            Plaintiffs,                 Assigned to the Hon. David O. Carter

18      *v.*

19  EXPERIAN INFORMATION                  **THE *WHITE* PLAINTIFFS'**
    SOLUTIONS, INC., et al.,              **SUBMISSION FOR *IN CAMERA***
                                          **REVIEW**
20            Defendants.

21  and Related actions.

22

23

24

25

26

27

28

The White Plaintiffs respectfully submit the following documents (with highlighting) for *in camera* review:

1.  August 28, 2008 email chain between Michael Sobol, Charles Juntikka, Daniel Wolf, and George Nino, concerning "Objections to Stockdale Filing".

2.  February 14 and 17, 2008 email chain between Michael Sobol, Charles Juntikka, and Daniel Wolf, concerning "Info Requests."

3.  December 28, 2007 email chain between Michael Sobol, Daniel Wolf, and Charles Juntikka, concerning "Reply Brief".

4.  November 28, 2007 email chain between Michael Sobol, Daniel Wolf, and Charles Juntikka, concerning "Fwd: White/Hernandez".

5.  November 28, 2007 email between Daniel Wolf and Michael Sobol conveying "negotiation approach".

6.  November 14, 2007 email chain between Michael Caddell, Charles Delbaum, and others concerning "White/Hernandez – Settlement Communication".

7.  November 2, 2007 email chain between Michael Caddell, Michael Sobol, Charles Juntikka, Daniel Wolf, and others concerning "Do not forward this email to Len".

8.  April 18 and 19, 2007 email chain between Daniel Wolf, Len Bennett, and others concerning NACA Conference.

9.  November 28, 2006 email from Daniel Wolf to Len Bennett, Michael Sobol, and others concerning "Expert Witness".

10. September 11, 2006 email chain between Michael Sobol, Charles Juntikka, Daniel Wolf, and Charles Delbaum, concerning "FW: Len's piece".

11. June 1, 2006 email between Len Bennett, Caddell Chapman, Michael

1   Sobol, Dan Wolf, and others concerning "FCRA Conference".

2   Discussions relating to legal strategy or attorney-work product that do not

3   directly relate to the issues raised at the August 14, 2013 hearing have been

4   redacted.

5   The documents are not electronically filed and have been sent via hand

6   delivery to Judge Carter's Chambers.

7

8

9

10   DATED:  August 19, 2013         Respectfully submitted,

11                                   **BOIES, SCHILLER & FLEXNER LLP**

12                          By:     /s/ George F. Carpinello
13                                   George F. Carpinello
                                     Adam R. Shaw
14                                   30 South Pearl Street
15                                   Albany, NY  12207
                                     (518) 434-0600
16

17                                   David L. Zifkin (SBN 232845)
18                                   401 Wilshire Blvd., Suite 850
                                     Santa Monica, CA  90401
19                                   (310) 393-9119

20
                                     **CHARLES JUNTIKKA & ASSOCIATES LLP**
21                                   Charles Juntikka
22                                   1250 Broadway, 24th Floor
                                     New York, NY  10001
23                                   (212) 315-3755

24
                                     **DANIEL WOLF LAW OFFICES**
25                                   Daniel Wolf
26                                   1220 N Street, NW, Suite PH 2
                                     Washington, DC  20005
27                                   (202) 842-2170

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated*

S:\wpdata\7512001\White Plaintiffs' Submission for *In Camera* Review.8.15.13.doc