# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   SACV 05-01070-DOC(MLGx) | Date   August 14, 2013 |
| Title   TERRI N. WHITE, ET AL. -V- EXPERIAN INFORMATION INC. | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| George Carpinello, Adam Shaw, David Zifkin  Charles Juntikka, Daniel Wolf, James Francis  Michael A. Caddell, David Searles, Lee Sherman  F. Paul Bland, Arthur Bryant, Michael Sobol,  Cynthia Chapman, Leonard Bennett | Daniel McLoon, Stephen Newman,  Cindy Hanson, |

Proceedings:   WHITE PLAINTIFFS' MOTION FOR AN ORDER DISQUALIFYING COUNSEL FROM THIS ACTION [875]

PLAINTIFFS ROBERT RADCLIFF, CHESTER CARTER, MARIA FALCON, CLIFTON C. SEALE, III, ARNOLD EL. LOVELL, AND ALL OTHER SIMILARLY SITUATED - MOTION TO SERVE AS INTERIM CLASS COUNSEL [878]

PLAINTIFF'S MOTION AND CROSS-MOTION TO APPOINT INTERIM CLASS COUNSEL [885]

The case is called and counsel make their appearances. The Court and counsel confer. The Court hears argument and the matters are taken under submission.

Plaintiff Hernandez Exhibit #1, entered into evidence.

| | 4 | : | 26 |
|---|---|---|---|
| Initials of Clerk | jcb | | |