UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> EXPERIAN INFORMATION INC., <br><br> Defendant(s). | CASE NO. **SACV 05-01070-DOC(MLGx)** <br><br> **EXHIBIT LIST** |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# LIST OF EXHIBITS ~~AND WITNESSES~~

| Case Number | SACV 05-01070-DOC | Title | TERRI N. WHITE, ET AL. -V- EXPERIAN INFORMATION INC. |
|---|---|---|---|
| Judge | DAVID O. CARTER | | |
| Dates of Trial or Hearing | 8/14/13 | | |
| Court Reporters or Tape No. | Debbie Gale | | |
| Deputy Clerks | Julie Barrera | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| George Carpinello, Adam Shaw, David Zifkin, Daniel Wolf, | Daniel McLoon, Stephen Newman, Cindy Hanson |
| Charles Juntikka, James Francis, David Searles, Lee Sherman, | |
| Michael A. Caddell, F. Paul Bland, Arthur Bryant, Michael Sobol, | |
| Cynthia Chapman, Leonard Bennett | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| HERNANDEZ EXHIBITS ~~LIST OF DESCRIPTION OF WITNESS~~ | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 1 | | X | | | | 12 Page Document Titled Public Justice Dated June 21, 2013 | Plaintiff |