UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 05-1070-DOC(MLGx)             Date: February 26, 2014

Title: TERRI N. WHITE, ET AL. -V- EXPERIAN INFORMATION INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                       None Present

PROCEEDING (IN CHAMBERS):     ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION [948]

     Before the Court is Plaintiffs' Motion To Amend Order Dated January 21, 2014 For Certification Under 28 U.S.C. 1292(b) (Dkt. 948). The Court finds these matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15.

     Accordingly, the hearing set for March 3, 2014, is removed from the calendar. Parties will be served with the Court's ruling.

     The Clerk shall serve this minute order on all parties to the action.

Clerk's Initials: jcb