BOIES, SCHILLER & FLEXNER LLP
George F. Carpinello
Adam R. Shaw
30 South Pearl Street
Albany, NY 12207
Telephone: 518.434.0600
Facsimile: 518.434.0665
Email: gcarpinello@bsfllp.com
ashaw@bsfllp.com
(admitted pro hac vice)

David L. Zifkin (SBN 232845)
401 Wilshire Boulevard
Suite 850
Santa Monica, CA 90401
Telephone: 310.752.2400
Facsimile: 310.752.2409
Email: dzifkin@bsfllp.com

CHARLES JUNTIKKA & ASSOCIATES LLP
Charles Juntikka
1250 Broadway, 24th Floor
New York, NY 10001
Telephone: 212.315.3755
Facsimile: 212.315.9032
Email: charles@cjalaw.com
(admitted pro hac vice)

DANIEL WOLF LAW OFFICES
Daniel Wolf
1220 N Street, NW, Suite PH 2
Washington, DC 20005
Telephone: 202.842.2170
Email: dan@danielwolflaw.com
(admitted pro hac vice)

*Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, Arnold E. Lovell, and all others similarly situated.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. <br><br> and Related actions. | CASE NO. SA 05-CV-1070 DOC (MLGx) (Lead Case) <br> Assigned to the Hon. David O. Carter <br><br> Date: March 3, 2014 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Honorable David O. Carter |

[PROPOSED] ORDER

Upon due consideration of the motion to amend the order dated January 21, 2014 for certification under 28 U.S.C. § 1292(b);

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Accordingly, this Court's Order dated January 24, 2014 (Dkt. # 947) is amended to state that "The Court is of the opinion that this Order involves controlling questions of law about which there is substantial ground for difference of opinion and an immediate appeal may materially advance the ultimate termination of this litigation. 28 U.S.C. § 1292(b)."

Consistent with this Order, the Court hereby issues the attached Order that amends its January 24, 2014 Order by adding an additional bullet point on page 33 containing the aforementioned language.

**IT IS SO ORDERED.**

DATED: May 1, 2014

_David O. Carter_
David O. Carter
United States District Court