# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

TERRI N. WHITE, *et al.*,

    *Plaintiffs*,

    *v.*

EXPERIAN INFORMATION SOLUTIONS, INC.,

    *Defendant*.

AND RELATED CASES:

05-cv-0173-DOC (MLGx)
05-cv-7821-DOC (MLGx)
05-cv-0392-DOC (MLGx)
05-cv-1172-DOC (MLGx)
05-cv-5060-DOC (MLGx)

Case No. 05-cv-01070 DOC (MLGx) (Lead Case)

**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PRELIMINARY APPROVAL [1041]**

The Court having considered the Parties' Stipulation (dkt. 1041) regarding continuing the briefing schedule and hearing for Motion for Preliminary Approval ("Motion") ORDERS that the Motion shall be submitted to the Court on or before April 14, 2017. The Hearing on the Motion shall be set for May 30, 2017 at 8:30 a.m.

DATED: March 30, 2017

BY: /s/ David O. Carter

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE