# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 05-1070-DOC (MLGx)          Date: May 30, 2017

Title: TERRI N. WHITE, ET AL V EXPERIAN INFORMATION SOLUTIONS, INC.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:
- Michael Caddell
- Karen Paik
- Anthony Martinez
- Cynthia Chapman

ATTORNEYS PRESENT FOR DEFENDANT:
- Cindy Hanson
- Daniel McLoon
- Julieta Stepanyan

**PROCEEDINGS:** MOTION FOR SETTLEMENT APPROVAL OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [1046]

Hearing held. Plaintiff to file an Amended Settlement Agreement by June 14, 2017.

Initials of Clerk    djg    1 : 04