Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRI N. WHITE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>*Defendant.*<br><br>AND RELATED CASES:<br><br>05-CV-0173-DOC (MLGx)<br>05-CV-7821-DOC (MLGx)<br>05-CV-0392-DOC (MLGx)<br>05-CV-1172-DOC (MLGx)<br>05-CV-5060-DOC (MLGx) | CASE NO. 05-CV-1070 DOC (MLGx)<br><br>**NOTICE OF FILING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES AND SERVICE AWARDS**<br><br>Date:  December 11, 2017<br>Time: 10:00 a.m.<br>Ctrm:  9D<br>Judge: Hon. David O. Carter |

In light of the December 11, 2017 hearing, Plaintiffs José Hernandez, et al., submit this Notice of filing Amended [Proposed] Order Granting Motion for Final Approval and Motion for Attorneys' Fees and Service Awards (attached hereto), and in conjunction therewith reiterate their commitment that there will be no appeal by Plaintiffs with respect to any decision made by the Court concerning their motion for attorneys' fees, including (1) a finding by the Court, should the Court make such a finding following review of the record, that Class Counsel unconditionally committed in 2013 to absorb through a reduction in their attorneys' fees the cost of any notice in conjunction with a future settlement, including the present proposed settlement, without regard to whether that settlement resulted in improved benefits for the Class, and (2) a resulting concomitant reduction in Class Counsel's attorneys' fees request.

Dated: December 15, 2017

Respectfully submitted,

By: /s/ Michael A. Caddell
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX 77007-1722
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

CASE NO. 05-CV-1070 DOC (MLGx)        – 1 –

NOTICE OF FILING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES AND SERVICE AWARDS

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
David A. Searles (*pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Stuart T. Rossman (*pro hac vice*)
srossman@nclc.org
Charles M. Delbaum (*pro hac vice*)
cdelbaum@nclc.org
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston MA 02110
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Leonard A. Bennett (*pro hac vice*)
lenbennett@clalegal.com
Matthew Erausquin (SBN 255217)
matt@clalegal.com
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 201
Newport News VA 23606
Telephone: (757) 930 3660
Facsimile: (757) 930-3662

Lee A. Sherman (SBN 172198)
lsherman@ctsclaw.com
O. Brandt Caudill, Esq. (SBN 88071)
bcaudill@ctsclaw.com
CALLAHAN, THOMPSON, SHERMAN & CAUDILL
2601 Main St., Suite 800
Irvine CA 92614
Telephone: (714) 730-5700
Facsimile: (714) 730-1642

CASE NO. 05-cv-1070 DOC (MLGx)   – 2 –

NOTICE OF FILING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES AND SERVICE AWARDS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Arthur H. Bryant (SBN208365)
abryant@publicjustice.net
PUBLIC JUSTICE, P.C.
555 12th Street, Suite 1230
Oakland CA 94607
Telephone: (510) 622-8150 x 202
Facsimile: (510) 622-8155

F. Paul Bland
pbland@publicjustice.net
PUBLIC JUSTICE, P.C.
1825 K Street NW, Suite 200
Washington DC 20006
Telephone: (202) 797-8600
Facsimile: (202) 232-7203

*Attorneys for Plaintiffs*

CASE NO. 05-CV-1070 DOC (MLGx)   – 3 –

NOTICE OF FILING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES AND SERVICE AWARDS

# CERTIFICATE OF SERVICE

I, Amy E. Tabor hereby certify that on December 15, 2017 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/ Amy E. Tabor*
Amy E. Tabor

Case No. 05-cv-1070 DOC (MLGx) – 4 –

Notice of filing Amended [Proposed] Order Granting Motion for Final Approval and Motion for Attorneys' Fees and Service Awards