BOIES SCHILLER FLEXNER LLP
George F. Carpinello
Adam R. Shaw
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  518.434.0600
Facsimile:   518.434.0665
Email:  gcarpinello@bsfllp.com
         ashaw@bsfllp.com
(admitted *pro hac vice*)

CHARLES JUNTIKKA & ASSOCIATES LLP
Charles Juntikka
30 Vesey Street, Suite 100
New York, NY  10007
Telephone:  212.315.3755
Facsimile:   212.315.9032
Email:  charles@cjalaw.com
(admitted *pro hac vice*)

DANIEL WOLF LAW OFFICES
Daniel Wolf
1220 N Street, NW, Suite PH 2
Washington, DC 20005
Telephone:  202.842.2170
Email:  dan@danielwolflaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, and Arnold E. Lovell.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI N. WHITE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants.<br><br>and Related actions. | CASE NO.: 8:05-CV-1070-DOC-MLG<br><br>NOTICE OF APPEAL |

Notice is hereby given that Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III and Arnold E. Lovell ["*White* Plaintiffs"] hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this

action on the 6th day of April, 2018 which granted final approval of the class action settlement and awarded attorneys' fees and incentive awards (Dkt. # 1135).

*White* Plaintiffs are filing this premature notice of appeal as a precautionary measure, as the April 6, 2018 order is not a final judgment entered in accordance with Fed. R. Civ. P. 58(a) and as *White* Plaintiffs have not and are not waiving their right to have judgment set out in a separate document under that rule. To the contrary, *White* Plaintiffs have exercised their right under Fed. R. Civ. P. 58(d) through the filing of a motion requesting that judgment be set out in a separate document, which motion they are continuing to pursue.

Dated: May 7, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*
George F. Carpinello
Adam R. Shaw
30 South Pearl Street, 11th Floor
Albany, New York   12207
(518) 434-0600

**CHARLES JUNTIKKA & ASSOCIATES LLP**
Charles Juntikka
30 Vesey Street, Suite 100
New York, NY   10007
(212) 315-3755

**DANIEL WOLF LAW OFFICES**
Daniel Wolf
1220 N Street, NW, Suite PH 2
Washington, DC 20005
(202) 842-2170

*Attorneys for Plaintiffs Robert Radcliffe, Chester Carter, Maria Falcon, Clifton C. Seale, III, and Arnold E. Lovell.*