# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 05-1070-DOC (MLGx)             Date: June 6, 2018

Title: TERRI N. WHITE, ET AL V EXPERIAN INFORMATION SOLUTIONS, INC.

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Michael Caddell

Charles W. Juntikka
Daniel Wolf
Cindy Hanson
Daniel J. McLoon
Julieta Stepanyan

**PROCEEDINGS:** THE WITE PLAINTIFFS' MOTION FOR ENTRY OF SEPARATE JUDGMENT AND FOR ATTORNEYS' FEES AND COSTS [1140]

---

Hearing held. Parties to file a stipulation.

                                                             : 34

Initials of Clerk    djl